UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

CASE NO. 2:20-cr-16-FtM-66MRM

-vs-

CASEY DAVID CROWTHER

_____

## VERDICT FORM

Count One

As to Count One of the Second Superseding Indictment, which charges bank fraud,

    A. As to defrauding a financial institution, we the jury unanimously find Defendant Casey Crowther:

Not Guilty _____      Guilty ✓_____

    B. As to obtaining money or funds from a financial institution by means of materially false or fraudulent pretenses, representations, or promises, we the jury unanimously find Defendant Casey Crowther:

Not Guilty _____      Guilty ✓_____

Count Two

As to Count Two of the Second Superseding Indictment, which charges false statement to a financial institution, we the jury unanimously find Defendant Casey Crowther:

Not Guilty _____        Guilty __✓__

Count Three

As to Count Three of the Second Superseding Indictment, which charges illegal monetary transaction on April 21, 2020, we the jury unanimously find Defendant Casey Crowther:

Not Guilty _____        Guilty __✓__

Count Four

As to Count Four of the Second Superseding Indictment, which charges illegal monetary transaction on April 24, 2020, we the jury unanimously find Defendant Casey Crowther:

Not Guilty _____        Guilty __✓__

**SO SAY WE ALL.**

_3/26/2021_
DATE

_[signature]_
JURY FOREPERSON