## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

Government _____x_____ Case No. **2:S20-cr-114-JES-MRM**

v.

|  |  |
|---|---|
|  | _____ Evidentiary |
| **CASEY DAVID CROWTHER** | ___x___ Trial |
| Defendant _____ | _____ Other |

# GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 3/23/21 | 3/23/21 | Ryan Bradley | Sale notes from Sara Bay Marina, Bates Numbered EX_1_001-002 |
| 2 | 3/23/21 | 3/23/21 | Ryan Bradley<br>Brian Peterson | Sara Bay Sales Contract<br>Bates Numbered EX_2_001 |
| 3 |  |  |  | Email from Defendant to Brian Peterson dated April 20, 2020 with boat contract<br>Bates Numbered EX_3_001-002 |
| 4 | 3/23/21 | 3/23/21 | Brian Peterson | Photos of 40' Invincible<br>Bates Numbered EX_4_001-002 |
| 5 |  |  |  | Copy of Driver's License provided with PPP application<br>Bates Numbered EX_5_001 |
| 6 | 3/23/21 | 3/23/21 | Kyle DeCicco | Initial PPP Application date April 1, 2020<br>Bates Numbered EX_6_001-004 |
| 7 | 3/24/21 | 3/24/21 | Kyle DeCicco | PPP Lender Application Form (SBA Form 2484)<br>Bates Numbered EX_7_001-002 |

| 8 | 3/24/21 | 3/24/21 | Kyle DeCicco | **Revised PPP Application dated April 13, 2020**<br><br>**Bates Numbered EX_8_001-002** |
| 9 | 3/24/21 | 3/24/21 | Kyle DeCicco | **Sanibel Captiva Promissory Note dated April 14, 2020**<br><br>**Bates Numbered EX_9_001-006** |
| 10 | 3/24/21 | 3/24/21 | Kyle DeCicco | **Sanibel Captiva Cares Act Disclosure dated April 14, 2020**<br><br>**Bates Numbered EX_10_001-002** |
| 11 | | | | **Sanibel Captiva Borrower Certifications date April 14, 2020**<br><br>**Bates Numbered EX_11_001-002** |
| 12 | 3/24/21 | 3/24/21 | Kyle DeCicco | **Settlement Sheet SBA Form 1050 dated April 14, 2020**<br><br>**Bates Numbered EX_12_001-003** |
| 13 | 3/24/21 | 3/24/21 | Kyle DeCicco | **Sanibel Captiva Business Purpose Certificate dated April 14, 2020**<br><br>**Bates Numbered EX_13_001** |
| 14 | 3/24/21 | 3/24/21 | Kyle DeCicco | **Sanibel Captiva Loan Agreement dated April 14, 2020**<br><br>**Bates Numbered EX_14_001-010** |
| 15 | 3/24/21 | 3/24/21 | Kyle DeCicco | **Email from Kyle DeCicco to Casey Crowther and others on April 8, 2020 regarding SBA Loan Approval**<br><br>**Bates Numbered EX_15_001-002** |
| 16 | 3/24/21 | 3/24/21 | Kyle DeCicco | **Email from Kyle DeCicco to Casey Crowther on April 13, 2020 forwarding SBA Final Interim Rule**<br><br>**Bates Numbered EX_16_001-032** |

| | | | | |
|---|---|---|---|---|
| 17 | | | | Email from Casey Crowther to Kyle DeCicco on May 13, 2020 regarding new SBA guidance<br><br>Bates Numbered EX_17_001-003 |
| 18 | 3/24/21 | 3/24/21 | Kyle DeCicco | Email from Casey Crowther to Kyle DeCicco on May 13, 2020 regarding purchase of new boat<br><br>Bates Numbered EX_18_001-006 |
| 19 | 3/23/21 | 3/23/21 | Kyle DeCicco | Text Message from Defendant to Kyle DeCicco about PPP Program dated April 1, 2020<br><br>Bates Numbered EX_19_001 |
| 20 | 3/23/21 | 3/23/21 | Kyle DeCicco | Text Message from Defendant to Kyle DeCicco regarding updated PPP application on April 13, 2020<br><br>Bates Numbered EX_20_001 |
| 21 | | | | Text Message from Defendant to Kyle DeCicco regarding residential mortgage on May 12, 2020<br><br>Bates Numbered EX_21_001 |
| 22 | 3/24/21 | 3/24/21 | Kyle DeCicco | Text Message conversation between Defendant and Kyle DeCicco regarding status with bank on May 18, 2020<br><br>Bates Numbered EX_22_001 |
| 23 | 3/24/21 | 3/24/21 | Kyle DeCicco | Text Message from Defendant to Kyle DeCicco regarding payment for boat on May 19, 2020<br><br>Bates Numbered EX_23_001 |
| 24 | 3/24/21 | 3/24/21 | Kristin DiIorio | Email from Casey Crowther to Kristin DiIorio on April 10, 2020 about depositing PPP funds in operating account<br><br>Bates Numbered EX_24_001-002 |

| 25 | 3/24/21 | 3/24/21 | Kristin DiIorio | **Composite Exhibit Emails from Casey Crowther to Kristin DiIorio on April 10, 2020 requesting phone call**<br>**Bates Numbered EX_25_001-006** |
|----|---------|---------|-----------------|---|
| 26 | 3/24/21 | 3/24/21 | Kristin DiIorio | **Email from Kristin DiIorio to Casey Crowther on April 10, 2020 with new account document attachment**<br>**Bates Numbered EX_26_001-004** |
| 27 | 3/24/21 | 3/24/21 | Kristin DiIorio | **Email from Casey Crowther to Kristin DiIorio on April 20, 2020 requesting wire transfer to Steven Adkins**<br>**Bates Numbered EX_27_001** |
| 28 | 3/24/21 | 3/24/21 | Kristin DiIorio | **Email from Casey Crowther to Kristin DiIorio on April 22, 2020 requesting funds transfer from PPP account to personal account**<br>**Bates Numbered EX_28_001** |
| 29 | 3/24/21 | 3/24/21 | Jennifer Briggs | **Email chain between Kristin DiIorio, Jennifer Briggs, and Casey Crowther on April 24, 2020 about boat wire request**<br>**Bates Numbered EX_29_001-002** |
| 30 | 3/24/21 | 3/24/21 | Kristin DiIorio | **Wire/Funds Transfer Payment Order dated July 17, 2020 to Steven Adkins for Note Payment**<br>**Bates Numbered EX_30_001-002** |
| 31 | 3/23/21 | 3/23/21 | Lana Hollier<br>Kristin DiIorio | **Outgoing Wire Detail for April 21, 2020 payment to Steven Adkins for "payroll transfer"**<br>**Bates Numbered EX_31_001** |

| 32 | 3/23/21 | 3/23/21 | Lana Hollier<br>Kristin DiIorio | Wire verification form completed by DiIorio on April 21, 2020 for wire to Steven Adkins for "payroll transfer"<br><br>Bates Numbered EX_32_001 |
|----|---------|---------|---------|---------|
| 33 | 3/23/21 | 3/23/21 | Lana Hollier | Outgoing Wire Detail for April 24, 2020 payment to Sara Bay Marina for "equipment purchase"<br><br>Bates Numbered EX_33_001 |
| 34 | 3/23/21 | 3/23/21 | Lana Hollier | Wire verification form completed by Briggs on April 24, 2020 for wire to Sara Bay Marina for "equipment purchase"<br><br>Bates Numbered EX_34_001 |
| 35 | 3/23/21 | 3/23/21 | Lana Hollier<br>Kristin DiIorio | Outgoing Wire Detail for June 1, 2020 payment to Heather Mangus for "roofing material"<br><br>Bates Numbered EX_35_001 |
| 36 | 3/23/21 | 3/23/21 | Lana Hollier<br>Kristin DiIorio | Wire verification form completed by Krisitin DiIorio on June 1, 2020 for wire to Heather Mangus for "materials"<br><br>Bates Numbered EX_36_001 |
| 37 | 3/24/21 | 3/24/21 | Kristin DiIorio | Email from Casey Crowther to Kristin DiIorio on June 1, 2020 requesting $55,000 wire transfer<br><br>Bates Numbered EX_37_001-002 |
| 38 | 3/24/21 | 3/24/21 | Kristin DiIorio | Emails between Casey Crowther and Kristin DiIorio on June 1, 2020 regarding wire for material<br><br>Bates Numbered EX_38_001-002 |
| 39 |         |         |         | Email from Casey Crowther to Mike Hartman on May 13, 2020 regarding plans to purchase new house<br><br>Bates Numbered EX_39_001-006 |

| | | | | |
|---|---|---|---|---|
| 40 | | | | Email chain between Timothy Hart, Jr., Karen Ferranti, and Casey Crowther from June 12-16, 2020 about documents needed for loan approval<br><br>Bates Numbered EX_40_001-010 |
| 41 | | | | Email from Casey Crowther to Timothy Hart, Jr. on July 16, 2020 with questions about documents to be submitted<br><br>Bates Numbered EX_41_001 |
| 42 | | | | Uniform Residential Loan Application signed by Casey Crowther on June 25, 2020<br><br>Bates Numbered EX_42_001-005 |
| 43 | | | | Sanibel Captiva April 2020 Bank Statement for Account ending in 8841 from Crowther<br><br>Bates Numbered EX_43_001-006 |
| 44 | 3/23/21 | 3/23/21 | Lana Hollier | Sanibel Captiva April 2020 Bank Statement for Account ending in 8841 from Sanibel Captiva<br><br>Bates Numbered EX_44_001-006 |
| 45 | | | | Sanibel Captiva May 2020 Bank Statement for Account ending in 8841 from Crowther<br><br>Bates Numbered EX_45_001-004 |
| 46 | 3/23/21 | 3/23/21 | Lana Hollier | Sanibel Captiva May 2020 Bank Statement for Account ending in 8841 from Sanibel Captiva<br><br>Bates Numbered EX_46_001-004 |
| 47 | | | | Sanibel Captiva June 2020 Bank Statement for Account ending in 8841 from Crowther<br><br>Bates Numbered EX_47_001-006 |

| | | | | |
|---|---|---|---|---|
| **48** | 3/23/21 | 3/23/21 | **Lana Hollier** | **Sanibel Captiva June 2020 Bank Statement for Account ending in 8841 from Sanibel Captiva**<br><br>**Bates Numbered EX_48_001-006** |
| **49** | | | | **Sanibel Captiva July 2020 Bank Statement for Account ending in 8841 from Crowther (screenshot)**<br><br>**Bates Numbered EX_49_001** |
| **50** | 3/23/21 | 3/23/21 | **Lana Hollier** | **Sanibel Captiva July 2020 Bank Statement for Account ending in 8841 from Sanibel Captiva**<br><br>**Bates Numbered EX_50_001-004** |
| **51** | | | | **Angel Oak Uniform Underwriting and Transmittal Summary**<br><br>**Bates Numbered EX_51_001** |
| **52** | | | | **Angel Oak Borrower's Certification & Authorization dated July 31, 2020**<br><br>**Bates Numbered EX_52_001** |
| **53** | | | | **Angel Oak Mortgage Fraud Investigated by FBI signed by Crowther on June 25, 2020**<br><br>**Bates Numbered EX_53_001** |
| **54** | | | | **Angel Oak Promissory Note signed by Casey Crowther and dated July 31, 2020**<br><br>**Bates Numbered EX_54_001-002** |
| **55** | | | | **Closing Uniform Residential Loan Application signed by Casey Crowther on July 31, 2020**<br><br>**Bates Numbered EX_55_001-004** |
| **56** | | | | **Angel Oak Mortgage signed by Casey Crowther on July 31, 2020**<br><br>**Bates Numbered EX_56_001-010** |

| 57 | | | | Warranty Deed executed on July 31, 2020<br><br>Bates Numbered EX_57_001-002 |
| 58 | | | | Settlement Statement executed on July 31, 2020<br><br>Bates Numbered EX_58_001-003 |
| 59 | | | | Floify upload IP address log<br><br>Bates Numbered EX_59_001-002 |
| 60 | | | | T3 Communications Monstro Service Information and IP address information for Target Roofing<br><br>Bates Numbered EX_60_001-002 |
| 61 | | | | T3 Communications Target Roofing contract dated September 30, 2019<br><br>Bates Numbered EX_61_001-004 |
| 62 | 3/23/21 | 3/23/21 | Steve Adkins | Stock Redemption Agreement and Membership Interest Sale and Purchase Agreement dated September 30, 2019<br><br>Bates Numbered EX_62_001-012 |
| 63 | 3/23/21 | 3/23/21 | Steve Adkins | Composite Exhibit - Promisory Notes related to Stock Redemption Agreement<br><br>Bates Numbered EX_63_001-017 |
| 64 | 3/24/21 | 3/23/21 | Colleen Clark<br>Evelyn Portinari | Selected Workforce Business Services Employee Files and Tax Documents<br><br>Bates Numbered EX_64_001-263 |
| 65 | 3/24/21 | 3/24/21 | Colleen Clark | Bank of America Reconciliation Inquiry Summary for Target Roofing payroll checks<br><br>Bates Numbered EX_65_001-013 |

| 66 | 3/25/21 | 3/25/21 | Diane Knott | Check to Agustin Castillo dated May 29, 2020 deposited by Casey Crowther on August 20, 2020 in Bank of America account ending in 2734<br><br>Bates Numbered EX_66_001-002 |
|---|---|---|---|---|
| 67 | 3/24/21 | 3/24/21 | Stipulated | Signature card for account ending in 1791 dated August 3, 2017<br><br>Bates Numbered EX_67_001 |
| 68 | 3/24/21 | 3/24/21 | Stipulated | Sanibel Captiva Certification of Beneficial Owners of Legal Entities signed by Casey Crowther on January 21, 2020<br><br>Bates Numbered EX_68_001-004 |
| 69 | 3/24/21 | 3/24/21 | Stipulated | Business New Account Scorecard for account ending in 1791<br><br>Bates Numbered EX_69_001 |
| 70 | 3/24/21 | 3/24/21 | Stipulated | January 2020 Sanibel Captiva Bank Statement for account ending 1791<br><br>Bates Numbered EX_70_001-020 |
| 71 | 3/24/21 | 3/24/21 | Stipulated | February 2020 Sanibel Captiva Bank Statement for account ending in 1791<br><br>Bates Numbered EX_71_001-022 |
| 72 | 3/24/21 | 3/24/21 | Stipulated | March 2020 Sanibel Captiva Bank Statement for account ending in 1791<br><br>Bates Numbered EX_72_001-022 |
| 73 | 3/24/21 | 3/24/21 | Stipulated | April 2020 Sanibel Captiva Bank Statement for account ending in 1791<br><br>Bates Numbered EX_73_001-026 |

| 74 | 3/24/21 | 3/24/21 | Stipulated | May 2020 Sanibel Captiva Bank Statement for account ending in 1791<br><br>Bates Numbered EX_74_001-022 |
|----|---------|---------|------------|------------------------------------------------------------------------|
| 75 | 3/24/21 | 3/24/21 | Stipulated | June 2020 Sanibel Captiva Bank Statement for account ending in 1791<br><br>Bates Numbered EX_75_001-024 |
| 76 | 3/24/21 | 3/24/21 | Stipulated | July 2020 Sanibel Captiva Bank Statement for account ending in 1791<br><br>Bates Numbered EX_76_001-018 |
| 77 | 3/24/21 | 3/24/21 | Stipulated | August 2020 Sanibel Captiva Bank Statement for account ending in 1791<br><br>Bates Numbered EX_77_001-022 |
| 78 | 3/24/21 | 3/24/21 | Stipulated | September 2020 Sanibel Captiva Bank Statement for account ending in 1791<br><br>Bates Numbered EX_78_001-018 |
| 79 | 3/24/21 | 3/24/21 | Stipulated | January 2020 Sanibel Captiva Bank Deposits for account ending in 1791<br><br>Bates Numbered EX_79_001-033 |
| 80 | 3/24/21 | 3/24/21 | Stipulated | February 2020 Sanibel Captiva Bank Deposits for account ending in 1791<br><br>Bates Numbered EX_80_001-024 |
| 81 | 3/24/21 | 3/24/21 | Stipulated | March 2020 Sanibel Captiva Bank Deposits for account ending in 1791<br><br>Bates Numbered EX_81_001-027 |

| 82 | 3/24/21 | 3/24/21 | Stipulated | April 2020 Sanibel Captiva Bank Deposits for account ending in 1791<br><br>**Bates Numbered EX_82_001-025** |
|---|---|---|---|---|
| 83 | 3/24/21 | 3/24/21 | Stipulated | May 2020 Sanibel Captiva Bank Deposits for account ending in 1791<br><br>**Bates Numbered EX_83_001-019** |
| 84 | 3/24/21 | 3/24/21 | Stipulated | June 2020 Sanibel Captiva Bank Deposits for account ending in 1791<br><br>**Bates Numbered EX_84_001-024** |
| 85 | 3/24/21 | 3/24/21 | Stipulated | July 2020 Sanibel Captiva Bank Deposits for account ending in 1791<br><br>**Bates Numbered EX_85_001-033** |
| 86 | 3/24/21 | 3/24/21 | Stipulated | August 2020 Sanibel Captiva Bank Deposits for account ending in 1791<br><br>**Bates Numbered EX_86_001-085** |
| 87 | 3/24/21 | 3/24/21 | Stipulated | September 2020 Sanibel Captiva Bank Deposits for account ending in 1791<br><br>**Bates Numbered EX_87_001-076** |
| 88 | 3/24/21 | 3/24/21 | Stipulated | Sanibel Captiva Bank Outgoing Wire Details for account ending in 1791<br><br>**Bates Numbered EX_88_001-009** |
| 89 | 3/24/21 | 3/24/21 | Stipulated | Signature card for account ending in 3439 dated December 6, 2019<br><br>**Bates Numbered EX_89_001** |
| 90 | 3/24/21 | 3/24/21 | Stipulated | January 2020 Sanibel Captiva Bank Statement for account ending in 3439<br><br>**Bates Numbered EX_90_001-006** |

| | | | | |
|---|---|---|---|---|
| 91 | 3/24/21 | 3/24/21 | Stipulated | February 2020  Sanibel Captiva Bank Statement for account ending in 3439<br><br>Bates Numbered EX_91_001-004 |
| 92 | 3/24/21 | 3/24/21 | Stipulated | March 2020  Sanibel Captiva Bank Statement for account ending in 3439<br><br>Bates Numbered EX_92_001-004 |
| 93 | 3/24/21 | 3/24/21 | Stipulated | April 2020  Sanibel Captiva Bank Statement for account ending in 3439<br><br>Bates Numbered EX_93_001-006 |
| 94 | 3/24/21 | 3/24/21 | Stipulated | May 2020  Sanibel Captiva Bank Statement for account ending in 3439<br><br>Bates Numbered EX_94_001-004 |
| 95 | 3/24/21 | 3/24/21 | Stipulated | June 2020  Sanibel Captiva Bank Statement for account ending in 3439<br><br>Bates Numbered EX_95_001-008 |
| 96 | 3/24/21 | 3/24/21 | Stipulated | July 2020  Sanibel Captiva Bank Statement for account ending in 3439<br><br>Bates Numbered EX_96_001-006 |
| 97 | 3/24/21 | 3/24/21 | Stipulated | August 2020  Sanibel Captiva Bank Statement for account ending in 3439<br><br>Bates Numbered EX_97_001-004 |
| 98 | 3/24/21 | 3/24/21 | Stipulated | September 2020  Sanibel Captiva Bank Statement for account ending in 3439<br><br>Bates Numbered EX_98_001-004 |
| 99 | 3/23/21 | 3/23/21 | Lana Hollier | Signature card for account ending in 6331 dated April 7, 2020<br><br>Bates Numbered EX_99_001 |

| 100 | 3/23/21 | 3/23/21 | Lana Hollier | **Business New Account Scorecard for account ending in 6331**<br><br>**Bates Numbered EX_100_001** |
| 101 | 3/23/21 | 3/23/21 | Lana Hollier | **March 2020 Sanibel Captiva Bank Statement for account ending in 6331**<br><br>**Bates Numbered EX_101_001-004** |
| 102 | 3/23/21 | 3/23/21 | Lana Hollier | **April 2020 Sanibel Captiva Bank Statement for account ending in 6331**<br><br>**Bates Numbered EX_102_001-006** |
| 103 | 3/23/21 | 3/23/21 | Lana Hollier | **May 2020  Sanibel Captiva Bank Statement for account ending in 6331**<br><br>**Bates Numbered EX_103_001-004** |
| 104 | 3/24/21 | 3/24/21 | Stipulated | **Signature card for account ending in 6781 dated April 10, 2020**<br><br>**Bates Numbered EX_104_001** |
| 105 | 3/24/21 | 3/24/21 | Stipulated | **Corporate Authorization Resolution for account ending in 6781**<br><br>**Bates Numbered EX_105_001-003** |
| 106 | 3/24/21 | 3/24/21 | Stipulated | **Business New Account Scorecard for account ending in 6781**<br><br>**Bates Numbered EX_106_001** |
| 107 | 3/24/21 | 3/24/21 | Stipulated | **April 2020 Sanibel Captiva Bank Statement for account ending in 6781**<br><br>**Bates Numbered EX_107_001-006** |
| 108 | 3/24/21 | 3/24/21 | Stipulated | **May 2020 Sanibel Captiva Bank Statement for account ending in 6781**<br><br>**Bates Numbered EX_108_001-004** |

| 109 | 3/24/21 | 3/24/21 | Stipulated | Sanibel Captiva Wire Details for account ending in 6781<br><br>Bates Numbered EX_109_001-002 |
|-----|---------|---------|------------|---|
| 110 | 3/23/21 | 3/23/21 | Lana Hollier | Signature card for account ending in 8841 dated April 30, 2018<br><br>Bates Numbered EX_110_001 |
| 111 | 3/23/21 | 3/23/21 | Lana Hollier | Signature card for account ending in 8841 dated June 10, 2020<br><br>Bates Numbered EX_111_001 |
| 112 | 3/23/21 | 3/23/21 | Lana Hollier | Business New Account Scorecard for account ending in 8841<br><br>Bates Numbered EX_112_001 |
| 113 | 3/23/21 | 3/23/21 | Lana Hollier | Certificate of Beneficial Owners of Legal Entities for account ending in 8841 dated June 10, 2020<br><br>Bates Numbered EX_113_001-004 |
| 114 | 3/23/21 | 3/23/21 | Lana Hollier | January 2020 Sanibel Captiva Bank Statement for account ending in 8841<br><br>Bates Numbered EX_114_001-006 |
| 115 | 3/23/21 | 3/23/21 | Lana Hollier | February 2020 Sanibel Captiva Bank Statement for account ending in 8841<br><br>Bates Numbered EX_115_001-004 |
| 116 | 3/23/21 | 3/23/21 | Lana Hollier | March 2020 Sanibel Captiva Bank Statement for account ending in 8841<br><br>Bates Numbered EX_116_001-004 |
| 117 | 3/23/21 | 3/23/21 | Lana Hollier | August 2020 Sanibel Captiva Bank Statement for account ending in 8841<br><br>Bates Numbered EX_117_001-004 |

| 118 | 3/23/21 | 3/23/21 | Lana Hollier | September 2020  Sanibel Captiva Bank Statement for account ending in 8841<br><br>Bates Numbered EX_118_001-004 |
|-----|---------|---------|--------------|---------------------------------------------------------------------------------------------------------------|
| 119 | 3/23/21 | 3/23/21 | Lana Hollier<br><br>Kyle DeCicco | Sanibel Captiva Wire Details for account ending in 8841<br><br>Bates Numbered EX_119_001-003 |
| 120 | 3/23/21 | 3/23/21 | Lana Hollier | Sanibel Captiva commercial line of credit statement for loan ending in 0854<br><br>Bates Numbered EX_120_001-007 |
| 121 | 3/24/21 | 3/24/21 | Stipulated | Signature card for account ending in 8115 dated April 5, 2018<br><br>Bates Numbered EX_121_001 |
| 122 | 3/24/21 | 3/24/21 | Stipulated | Business New Account Scorecard for account ending in 8115<br><br>Bates Numbered EX_122_001 |
| 123 | 3/24/21 | 3/24/21 | Stipulated | January 2020 Sanibel Captiva Bank Statement for account ending in 8115<br><br>Bates Numbered EX_123_001-006 |
| 124 | 3/24/21 | 3/24/21 | Stipulated | February 2020  Sanibel Captiva Bank Statement for account ending in 8115<br><br>Bates Numbered EX_124_001-004 |
| 125 | 3/24/21 | 3/24/21 | Stipulated | March 2020  Sanibel Captiva Bank Statement for account ending in 8115<br><br>Bates Numbered EX_125_001-005 |
| 126 | 3/24/21 | 3/24/21 | Stipulated | April 2020  Sanibel Captiva Bank Statement for account ending in 8115<br><br>Bates Numbered EX_126_001-008 |

| 127 | 3/24/21 | 3/24/21 | Stipulated | **May 2020  Sanibel Captiva Bank Statement for account ending in 8115**<br><br>**Bates Numbered EX_127_001-004** |
|---|---|---|---|---|
| 128 | 3/24/21 | 3/24/21 | Stipulated | **June 2020  Sanibel Captiva Bank Statement for account ending in 8115**<br><br>**Bates Numbered EX_128_001-008** |
| 129 | 3/24/21 | 3/24/21 | Stipulated | **July 2020  Sanibel Captiva Bank Statement for account ending in 8115**<br><br>**Bates Numbered EX_129_001-006** |
| 130 | 3/24/21 | 3/24/21 | Stipulated | **August 2020  Sanibel Captiva Bank Statement for account ending in 8115**<br><br>**Bates Numbered EX_130_001-006** |
| 131 | 3/24/21 | 3/24/21 | Stipulated | **September 2020  Sanibel Captiva Bank Statement for account ending in 8115**<br><br>**Bates Numbered EX_131_001-006** |
| 132 | 3/25/21 | 3/25/21 | Diane Knott | **January through July 2020 Finemark Bank Statements for account ending in 3074**<br><br>**Bates Numbered EX_132_001-034** |
| 133 | 3/25/21 | 3/25/21 | Diane Knott | **Signature Card for Finemark Bank account ending in 3074 (Fort Myers Pro Rodeo)**<br><br>**Bates Numbered EX_133_001-002** |
| 134 | 3/25/21 | 3/25/21 | Diane Knott | **December 2019 through July 2020 Finemark Bank Statements for account ending in 4732**<br><br>**Bates Numbered EX_134_001-034** |
| 135 | 3/25/21 | 3/25/21 | Diane Knott | **Signature Card for Finemark Bank account ending in 4732**<br><br>**Bates Numbered EX_135_001-002** |

| 136 | 3/25/21 | 3/25/21 | Diane Knott | January through July 2020 Finemark Bank Statements for account ending in 8794<br><br>Bates Numbered EX_136_001-040 |
|-----|---------|---------|-------------|-----------|
| 137 | 3/25/21 | 3/25/21 | Diane Knott | Signature Card for Finemark Bank account ending in 8794 (Crowther Horses)<br><br>Bates Numbered EX_137_001-002 |
| 138 | 3/25/21 | 3/25/21 | Diane Knott | December 2019 through August 2020 Bank of America Bank Statements for account ending in 2734<br><br>Bates Numbered EX_138_001-073 |
| 139 | 3/25/21 | 3/25/21 | Diane Knott | Signature Card for Bank of America account ending in 2734<br><br>Bates Numbered EX_139_001 |
| 140 | | | | Certified copy of birth certificate for Casey Crowther<br><br>Bates Numbered EX_140_001 |
| 141 | | | | Certified copy of birth certificate for Dannielle Crowther<br><br>Bates Numbered EX_141_001 |
| 142 | | | | Certified copy of birth certificate for Margaret Peters<br><br>Bates Numbered EX_142_001 |
| 143 | | | | Certified copy of certification of marriage for Aaron Robinson and Dannielle Crowther<br><br>Bates Numbered EX_143_001 |
| 144 | | | | Certified FDIC Certificate for Sanibel Captiva Community Bank<br><br>Bates Numbered EX_144_001-005 |

| 145 | | | | Certified Social Security Number report by SSA for 39 Target Roofing employees<br><br>Bates Numbered EX_145_001-002 |
|-----|--------|--------|-----------------------------------|---------------------------------------------|
| 146 | 3/24/21 | 3/24/21 | Colleen Clark | Work Force Business Services Personnel Information report for Target Roofing<br><br>Bates Numbered EX_146_001-006 |
| 147 | | | | Federal Reserve Certification for Fedwire electronic funds transfers April 21, 2020 and April 24, 2020<br><br>Bates Numbered EX_147_001-005 |
| 148 | 3/23/21 | 3/23/21 | Lana Hollier | Amended, Restated, Increased and Renewal Revolving Line of Credit Promissory Note dated January 24, 2020<br><br>Bates Numbered EX_148_001-006 |
| 149 | 3/24/21 | 3/24/21 | Kyle DeCicco | Loan Forgiveness Affidavit signed by Casey Crowther<br><br>Bates Numbered EX_149_001 |
| 150 | 3/24/21 | 3/24/21 | Evelyn Portinari<br>Lee Lefkowitz | Composite Exhibit identifications submitted to Target Roofing for employment<br><br>Bates Numbered EX_150_001-039 |
| 151 | 3/24/21 | 3/24/21 | Evelyn Portinari | Emails to and from Casey Crowther to Evelyn Portinari dated May 28-29, 2020 about PPP rule changes<br><br>Bates Numbered EX_151_001 |
| 152 | 3/23/21 | 3/23/21 | Ryan Bradley | Certificate of Title for 40' vessel with Identification Number IVBC0076D920 for registered owner Casey David Crowther<br><br>Bates Numbered EX_152_001-006 |

| 153 | 3/25/21 | 3/25/21 | Diane Knott | **Summary Exhibit of Account Detail for Acct 1791**<br><br>**Bates Number EX_153_001-055** |
|-----|---------|---------|-------------|-------------------------------------------------|
| 154 | 3/25/21 | 3/25/21 | Diane Knott | **Summary Exhibit of Deposits for Acct 1791**<br><br>**Bates Number EX_154_001** |
| 155 | 3/25/21 | 3/25/21 | Diane Knott | **Summary Exhibit of Withdrawals for Acct 1791**<br><br>**Bates Number EX_155_001-007** |
| 156 | 3/25/21 | 3/25/21 | Diane Knott | **Summary Exhibit of Account Detail for Acct 2734**<br><br>**Bates Number EX_156_001-006** |
| 157 | 3/25/21 | 3/25/21 | Diane Knott | **Summary Exhibit of Account Detail for Acct 3439**<br><br>**Bates Number EX_157_001-003** |
| 158 | 3/25/21 | 3/25/21 | Diane Knott | **Summary Exhibit of Account Detail for Acct 6781**<br><br>**Bates Number EX_158_001** |
| 159 | 3/25/21 | 3/25/21 | Diane Knott | **Summary Exhibit of Account Detail for Acct 8115**<br><br>**Bates Number EX_159_001-002** |
| 160 |         |         |             | **Summary Exhibit of Account Detail for Acct 8841**<br><br>**Bates Number EX_160_001** |
| 161 | 3/25/21 | 3/25/21 | Diane Knott | **Summary Exhibit of Chase Credit Card Payments from Acct 1791**<br><br>**Bates Number EX_161_001** |
| 162 |         |         |             | **Summary Exhibit Chart of July 31, 2020 wire out**<br><br>**Bates Number EX_162_001** |
| 163 | 3/25/21 | 3/25/21 | Diane Knott | **Summary Exhibit of Rent Payments made from Acct 1791**<br><br>**Bates Number EX_163_001** |

| 164 | 3/25/21 | 3/25/21 | Diane Knott | Summary Exhibit of Workforce Business Service Payments from Acct 1791<br><br>Bates Number EX_164_001 |
|---|---|---|---|---|
| 165 | 3/25/21 | 3/25/21 | Diane Knott | Summary Exhibit of Account Balances for Boat Purchase<br><br>Bates Number EX_165_001 |
| 166 | 3/24/21 | 3/24/21 | Kristin DiIorio | PPP Application Email from Evelyn Portinari to Kristin Dilorio on April 6, 2020 with attached document "Paycheck Protection Program Application"<br><br>Bates Number EX_166_001-004 |
| 167 | 3/24/21 | 3/24/21 | Kristin DiIorio | PPP Resubmission Email from Brad North on April 13, 2020 with attached document "TRSM CARES ACT APPLILCATION.pdf"<br><br>Bates Number EX_167_001-003 |
| 168 | 3/25/21 | 3/25/21 | Diane Knott | Composite Exhibit J.P. Morgan Chase Credit Card statements and payments from December 27, 2019 through September 8, 2020 for accounts ending in 2318 and 9511<br><br>Bates Number EX_168_001-082 |
| 169 | | | | Paycheck Protection Program Flexibility Act of 2020 – Public Law 116-142<br><br>Bates Number EX_169_001-003 |
| 170 | 3/24/21 | 3/24/21 | Stipulated | Stipulation regarding interstate nature of wire transfers |
| 171 | 3/23/21 | 3/23/21 | Kyle DeCicco | Stipulation regarding status of Sanibel Captiva Community Bank |
| 172 | | | | Stipulation regarding status of Angel Oak Mortgage Solutions, LLC |

| 173 | 3/24/21 | 3/24/21 | Kristin DiIorio | **Email from Kristin DiIorio to Casey Crowther on July 31, 2020 about information needed for cash deposit**<br>**Bates Number EX_173_001** |
|-----|---------|---------|-----------------|-------------------------------------------------------------------------------------------------------------------------------------------|
| 174 |         |         |                 | **Intentionally left blank** |
| 175 |         |         |                 | **Intentionally left blank** |
| 176 |         |         |                 | **Intentionally left blank** |