```
--------------------------------------------------------------------------------
Employee  : 21-10-132-0636   *** Peters, Anne ***                     11/05/20
Client ....: Target Roofing & Sheet Metal
--------------------------------------------------------------------------------
                        Employee Information Sheet >>>
                 0625
     Soc-Sec-Num .: XXX-XX-0625            Co. Hire Date : 05/06/20
     Status Code .: T - Terminated         Sub. Hire Date: 05/06/20
     Address1 ....: 1920 Virginia Ave #202 Orig Hire Date: 05/06/20
     Address2 ....:                         Pay Period ...: Weekly
     City ........: Fort Myers              Pay Type .....: Salary
     State .......: FL   Zip: 33901         Full/Part-Time: Full-Time
     Home Phone ..: (239) 872-2528          Employee Type :
     Work Phone ..: (239) 332-5707          Termination Dt: 06/05/20
     Occupation ..: clerical                Termination Cd: Y
     Unique Key ..: 0000577997
     EEO Job Cat .: 8                       County Code ..: 12071
     --------------------------------------------------------------------
     Pay Rate -- Hours - Eff.Date
     1,780.00   40.00   05/06/20
     1,700.00   40.00   05/06/20

------------------- << Miscellaneous Information >> ----------------------
     Sex .........: Female         Emergency Contact:
     Race ........: White          Relationship ....:
     Vet Status ..: Unknown        Phone (Contact) .:
     Birth Date ..: 04/06/59       Handbook Ed:          Tag :
     Leave/Abs Beg: 00/00/00       Date Recv'd: 00/00/00  Mail:
     Leave/Abs End: 00/00/00                       Dept   Percent
     Anniversary .: 05/06/21       Labor Dept 1 .....:      0.00
     Review Date .: 08/06/20       Labor Dept 2 .....:      0.00
     I-9 Form ....: Y              Labor Dept 3 .....:      0.00
     Alien Exp. ..: 00/00/00       Labor Dept 4 .....:      0.00


------------------------ << Employee Benefits >> ------------------------

     Employee Life Ins:    Birthdate: 04/06/59  61 yrs    Uses Tobacco:
     Flex Plan ...: Y   Key EE: N   Accrual Start Date: 05/06/20
     Direct Dep. .: Y             Vac/Sick Factors .:  0.0000 0.0000
     Elig Strt Dt : 05/06/20      Credit Union Date : 00/00/00
     Effective Dt : 06/01/20      Credit Union Acct#:
     Elig Ltr Sent: 00/00/00      Bank Account Code : B2

--------------------- << Direct Deposit / Dependents >> --------------------
     Direct Dep ..: Routing #   Bank Account #   C/S   Amount  A/P  Code
        Setup 1                          0218    C    100.00   P    22

----------------------- << Tax Table Information >> -----------------------
     *InUse Fed: Stat 2c Kids Deps Oth Inc Deducts ExtraWh  KidsAmt DepsAmt
       *New W4:  M   N  00  00       0        0     .00
                 ST   Status  Exemptions  Extra W/H
        Old W4:          M                            EIC:
        State W: FL             00        .00
        Wk Comp: FL-8810                  SUI ...: FL
        Local 1:           Local 2:       Local 3:
```

# WBS | WORKFORCE BUSINESS SERVICES

517997

TO BE COMPLETED BY THE BUSINESS OWNER

Client Company _____ Client # ____⑥____

Employee Name: Anne Peters   T.W.

# Florida Enrollment Form

## Acknowledgment

I hereby acknowledge my current employer (Client Company) has entered into an Client Services Agreement contract with Workforce Business Services (WBS). Through this contract WBS will provide Client Company with certain professional employer services and during the term of the contract I will be a utilized individual with WBS. I will remain an employee of Client Company and Client Company will continue to have control over my day-to-day job duties and the work site. Client Company will also continue to provide all on site supervision, including but not limited to, determining my job assignments and training requirments, evaluating my peformance and establishing pay rates. WBS will not have an on-site supervisor or representative at my work-site.

Reconocimiento del a endamiento de empleados

Por la presente reconozco que he sido infoillado de que mi empleador actual (compañia cliente) ha entrado en un acuerdo con Servicios de Personal Empresariales (WBS sus iniciales).A traves de este contrato, WBS proporcionara a la compañia cliente ciertos servicios profesionales de empleadores. En virtud de este acuerdo la compañia cliente y WBS se convertiran en Co-Empleadores. Bajo esta relación de Co-Empleadores, sere un empleado por arrendo de WBS, asignado unicamente y exclusivamente a la compañia cliente. WBS se reserva el derecho de dirección y control sobre los empleados arrendados asignados al lugar de trabajo de la compañia cliente. Continuare siendo un empleado de la compañia cliente y la compañia cliente seguira teniendo control sobre mis funciones de trabajo diarias y mi lugar de trabajo. La compañia cliente tambien continuara prestando toda la supervision en el lugar de trabajo, incluyendo pero no limitandose a detellinar la asignación de mi trabajo y los requisitos de entrenamiento, evaluación de mi desempeño y establecimiento de tasas salariales. WBS no tendra un supervisor o representante en mi lugar de trabajo.

The Client Services Agreement between Cfent Company and WBS will not affect any agreement for employment or compensation which exists with my Client Company. If the contract between my Client Company and WBS is terminated, my status with WBS will also end on the date of the contract termination.

El acuerdo de arrendo de empleados entre la compañia cliente y WBS no afectara ningun acuerdo de empleo o compensación que existen con mi compañifa cliente. Si el contrato entre mi compañifa cliente y WBS se termina, el estatus de mi contrato también terminará.

If WBS does not receive payment from my Client Company for services which I perform, WBS may then pay me the minimum wage or the legally required minimum salary or overtime pay for that period and I agree to this method of compensation .WBS assumes responsibility for the payment of such minimum wages without regard to payments by Client Company to WBS. I also agree that WDS does not assume responsibility for payment of any bonuses, commissions, severance pay, deferred compensation, profit sharing, vacation, sick, or other paid time off pay, or for any other payment, unless WBS has received in advance full payment for such items from Client Company. If the contract with my Client Company is terminated, my status with WBS will also cease.

Si WBS no recibe pago de mi compañia cliente por los servicios que preste, WBS me pagara el salario minimo, o el salario mínimo legal, o pagara las horas extras de ese periodo y estoy de acuerdo con este metodo de compensación. WBS asume responsabilidad por el pago de salarios sin tener en cuenta los pagos efectuados por la compañia cliente a WBS. Tambien estoy de acuerdo en que WBS no asume responsabilidad por pago alguno de bonos, comisiones, indemnizaciones por despido, compensación diferida, compartir utilidades, vacaciones, enfermedad u otro tiempo a pagar, o por cualquier otro pago, donde WBS no ha recibido el pago completo por adelantado para tales propósitos por la compañifa cliente. Si se terminara el contrato con mi compania cliente, mi empleo con WBS tambien terminara.

r9/14

EX_64_002

**Drug Testing Authorization**

I agree to comply with any drug/alcohol testing policy, which Workforce Business Services has or may adopt. I specifically agree to post-accident drug/alcohol testing for any work injury regardless of whether I am able to give consent at that time. This authorization or a photocopy hereof is my authority and consent to post-accident drug/alcohol testing in all instances.

**Autorización para Pruebas de Drogas**

Estoy de acuerdo en cumplir con cualquier póliza de pruebas de drogas/alcohol cual Workforce Business Services (WBS-por sus siglas en Ingles) tenga o pueda adoptar. Yo específicamente estoy de acuerdo a pruebas de drogas/alcohol después de cada accidente de trabajo sin importar si puedo dar consentimiento en ese tiempo. Esta autorización o una fotocopia de esta autorización es mi autoridad y consentimiento para pruebas de drogas/ alcohol en todos los casos.

**Workers' Compensation Medical Authorization Release**

I authorize any physician, medical practitioner, hospital, clinic or other health facility, or employer, to release any and all medical and non-medical information in its possession about me to Workforce Business Services' Workers' Compensation carrier or its legal representatives for purposes of a workers' compensation claim. (Medical information means all information in the possession of or derived from providers of health care regarding the medical history, mental or physical condition, or treatment of me.) I shall comply with the provisions of Florida Statute 440 concerning claims for workers' compensation benefits. If I provide false, misleading or incomplete information to obtain workers' compensation benefits, I may be denied such benefits. I may request and receive a copy of this authorization. A photocopy of this authorization shall be valid as the original.

**Acuerdo de Autorización médica para compensación del trabajador**

Yo autorizo a cualquier doctor, médico practicante, hospital, clínica u otra entidad de salud o empleador, para liberar toda la información médica y no médica en su posesión acerca de mí al portador del seguro de compensación a los trabajadores de Servicios de Personal Empresariales (WBS-por sus siglas en Ingles) o a sus representantes legales para propósitos de una reclamación de compensación de trabajadores (Información médica significa toda la información en posesión de, o derivadas de los proveedores de atención de salud, relacionados con la historia médica, condición física o mental, o con mi tratamiento). Cumpliré con las provisiones del Estatuto 440 de la Florida concernientes a reclamaciones para beneficios de compensación. Si proporciono información falsa, engañosa o incompleta para obtener beneficios de compensación de trabajadores, tales beneficios me pueden ser negados. Puedo solicitar y recibir una copia de esta autorización. Una fotocopia de esta autorización será válida como la original.

I agree to promptly and without delay report all accident, injuries, potential safety hazards, safety suggestions and health related issues to my manager.

If I am a new hire, I acknowledge I am hereby notified within 7 days of my employment with client and as a utilized individual with Workforce Business Services that I am being employed on an established 90 day probationary period

Estoy de acuerdo en informar inmediatamente a el gerente todo accidente, lesion, peligros potenciales, sugerencias sobre seguridad y asuntos relacionados con la salud.
Si soy un nuevo empleado, reconozco que por la presente se me notifica dentro de los 7 días de mi empleo con el cliente, como una persona utilizada con WBS, que estoy siendo empleado en un periodo de prueba establecido de 90 días.

I certify that I have read, understand, and agree to the conditions and requirements contained in this document, including my authorization for drug testing and for release of my medical and non-medical information.

Yo certifico que he leído entiendo, y acepto las condiciones y requisitos contenidos en este documento, incluyendo mi autorización para pruebas de drogas y para la divulgación de mi información médica y no médica.

Employee Signature (Firma del empleado)X **Anne Peters**          Date (Fecha): **05/06/2020**

Employee Name (Nombre del empleado) *Anne Peters*

Date of Birth (Fecha de nacimiento): *4/16/1959*

Address (Dirección): *1920 Virginia Ave APT 202*

City, State, Zip (Ciudad, Estado, Zip): *Fort Myers, FL 33901*

Telephone Number (Número telefónico) *239-877-0526*   Social Security No (No Seguridad Social): ▓▓▓ *0625*

EX_64_003

**Voluntary EEO Identification** (Identificación del EEO voluntario)

Various agencies of the United States Government require employers to maintain information on applicants pertaining to factors such as race, sex and type of position for which an applicant applies. The information requested here is for compliance with certain record keeping requirements.

Varias agencias del gobierno de Estados Unidos exigen a los empleadores que mantengan información sobre los solicitantes en relación con factores como raza, sexo y tipo de cargo para el cual se presenta el candidato. La información que aquí se solicita es para cumplir con ciertos requisitos de registro.

- ☐ White (Not of Hispanic or Latino origin) - Origins of Europe, North Africa, or the Middle East. Blanco (No de origen Hispánico ni Latino) – Originario de Europa, África del Norte o del Medio Oriente

- ☐ Hispanic or Latino - Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race. Hispano o Latino – Mexicano, Puertorriqueño, Cubano, Centro o Suramericano o de otra cultura u origen proveniente de España, independientemente de la raza

- ☐ Native Hawaiian or other Pacific Islander - Origins of Hawaii, Guam, Samoa, or other Pacific Islands. Nativo Hawaiano o de otra Isla del Pacífico – originario de Hawaii, Guam, Samoa u otras Islas del Pacífico

- ☐ Two or more races (Not of Hispanic or Latino origin) - All persons who identify with more than one of the listed races. Dos o más razas (No de origen Hispano ni Latino) – Todas las personas que se identifiquen con más de una de las razas mencionadas

- ☐ Black or African American (Not of Hispanic or Latino origin) - Origins in any of the Black racial groups of Africa. Negro o Afro-Americano (No de origen Hispánico ni Latino) – Orígenes en cualquiera de los grupos raciales negros de África

- ☐ Asian (Not of Hispanic or Latino origin) - Origins of the Far East, Southeast Asia, the Indian Subcontinent. Asiático (no de origen Hispano ni Latino) – Originario del Lejano Oriente, Sudeste Asiático, o Subcontinente Indio

- ☐ American Indian/Alaska Native - Origins of North or South America (including Central America), who maintain tribal affiliation and community recognition. Indígena Americano / Nativo de Alaska - Originario de América del Norte o del Sur (incluyendo América Central) que mantiene su afiliación tribal y reconocimiento de la comunidad.

- ☐ If the employee elected not to complete this information, the employer has completed it through visual identification as required by law. Si el empleado decidió no suministrar esta información, el empleador la suministra mediante identificación visual, de conformidad con lo dispuesto por la ley.

## Completed by Client (Para ser diligenciado por el cliente)

**New Hires** (Nuevas Contrataciones)

You must fax, call or email the following information to WBS on or before the new hire starts work: name, WC Code, Social Security Number, Pay Rate and Date of Birth. Workforce Business Services can not pay any employee without receiving this information on or before the employee begins work. Nor will this employee be covered with workers' compensation coverage until this information has been submitted to us. To report a new hire after hours, please fax or call our offices and leave a detailed message.

WBS tiene que recibir este Informe de Vinculación En la fecha de contratación o antes. Usted puede informar esta nueva contratación a WBS por fax o por teléfono y recibirá un número de identificación de confirmación. Workforce Business Servicesno podrá efectuar pagos a empleados sin el número de identificación del empleado. El empleado tampoco quedará cubierto por la compensación de trabajadores hasta que esta información no haya sido presentada. Para informar sobre alguna contratación fuera de las horas laborales, por favor envío un fax o llame a nuestras oficinas y deje un mensaje detallado.

**THE UTILIZED INDIVIDUAL ENROLLMENT FORM MUST BE RETURNED TO WBS WITHIN THREE DAYS OF THE DATE OF HIRE.**

EL FORMULARIO DE INSCRIPCIÓN DEL INDIVIDUAL UTILIZADO DEBE SER ENVIADO A WBS DENTRO DE LOS TRES DÍAS SIGUIENTES A LA FECHA DE CONTRATACIÓN.

Employee Name (Nombre del empleado) _Anne Peters_

Client Company Name (Nombre de la Compañía- Cliente): _Target Roofing and Sheet Metal_

Department (if applicable) (Departamento) (si es el caso) _____   Job Code (if applicable) (Código de trabajo) (si es el caso) _____

Rate of Pay (Tasa de pago) $ _1,780.00_   ☐ Hourly (Por hora)   ☑ Salary (Salario)   ☐ Exempt (Exento)   ☐ Non-Exempt (No Exento)

☑ Full Time (Tiempo completo)   ☐ Part Time (Medio Tiempo)   Work Comp. Code (Código Compensación Trabajadores) _____

From the EEO job classifications listed, which one best describes the employee's position?
¿De las clasificaciones de trabajos mencionadas, cuál es la que describe mejor el cargo del empleado?

- ☐ 1.1 - Executive/Senior Level Officers and Managers (Ejecutivo/Funcionarios y gerentes de nivel superior)

- ☐ 1.2 - First / Mid Level Officers and Managers (Funcionarios y gerentes de primer nivel/nivel medio)

- ☐ 2 - Professionals (Profesionales)   ☐ 3 - Technichians (Técnicos)

- ☐ 4 - Sales (Vendedores)   ☑ 5 -Office and Clerical (Oficina y administrativo)

- ☐ 6 - Craft Workers (skilled) (Artesanos (capacitados))   ☐ 7 - Operative (semi-skilled) (Operarios (capacitación media))

- ☐ 8 - Laborers (unskilled) (Obreros (no capacitados) )   ☐ 9 - Service Workers (Trabajadores de servicios)

Job Description (Descripción del trabajo) _____

Original Date of Hire (Fecha de contratación original) _6/11/2020_

EX_64_004

Form **W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Certificate

▶ Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.
▶ Give Form W-4 to your employer.
▶ Your withholding is subject to review by the IRS.

OMB No. 1545-0074

**2020**

| Step 1: Enter Personal Information | (a) First name and middle initial | Last name | (b) Social security number |
|---|---|---|---|
| | Anne P | Peters | ████ 8825 |

Address
1920 Virginia Ave #202A

City or town, state, and ZIP code
FORT MYERS, FL 33901

▶ Does your name match the name on your social security card? If it not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov.

(c) ☐ Single or Married filing separately
☒ Married filing jointly (or Qualifying widow(er))
☒ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5. See page 2 for more information on each step, who can claim exemption from withholding, when to use the online estimator, and privacy.

| Step 2: Multiple Jobs or Spouse Works | Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs. |
|---|---|

Do only one of the following.

(a) Use the estimator at www.irs.gov/W4App for most accurate withholding for this step (and Steps 3–4); or

(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; or

(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . . . . ▶ ☐

**TIP:** To be accurate, submit a 2020 Form W-4 for all other jobs. If you (or your spouse) have self employment income, including as an independent contractor, use the estimator.

Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs. Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

| Step 3: Claim Dependents | If your income will be $200,000 or less ($400,000 or less if married filing jointly): | | |
|---|---|---|---|
| | Multiply the number of qualifying children under age 17 by $2,000 ▶ $ | | |
| | Multiply the number of other dependents by $500 . . . ▶ $ | | |
| | Add the amounts above and enter the total here . . . . . . | 3 | $ |

| Step 4 (optional): Other Adjustments | (a) Other income (not from jobs). If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . | 4(a) | $ |
|---|---|---|---|
| | (b) Deductions. If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . | 4(b) | $ |
| | (c) Extra withholding. Enter any additional tax you want withheld each pay period | 4(c) | $ |

| Step 5: Sign Here | Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete. | |
|---|---|---|
| | **Anne Peters** | 05/06/2020 |
| | Employee's signature (This form is not valid unless you sign it.) | Date |

| Employers Only | Employer's name and address | First date of employment | Employer identification number (EIN) |
|---|---|---|---|
| | Target Roofing & Sheet Metal, Inc.  1841 Ortiz Ave Fort Myers FL 33905 | 05/11/2020 | 11-1111111 |

For Privacy Act and Paperwork Reduction Act Notice, see page 3.          Cat. No. 10220Q          Form **W-4** (2020)

EX_64_005



**W3S** WORKFORCE
BUSINESS
SERVICES

**Employee Authorization
Agreement For Direct Deposit**

Client Company: Target Roofing and Sheet Metal

Employee Name: Anne Peters

Social Security Number: _____

Today's Date: 5/6/2020          Effective Date: 5/6/2020

I request my payroll deduction/direct deposit be placed in the following account(s):

| Institution | Bank ABA No. (Cannot start with a 5) | Account Number | Deduction $ Amt / % | Account Type |
|---|---|---|---|---|
| _____ # | _____ # | _____ | _____ | ☐ Savings ☐ Checking |
| _____ # | _____ # | _____ | _____ | ☐ Savings ☐ Checking |
| _____ # | _____ # | _____ | _____ | ☐ Savings ☐ Checking |

I authorize Workforce Business Services to withhold the indicated amount(s), if available, from my pay, and deposit directly into the account(s) shown. The direct deposit(s) will be made on each succeeding payday, unless I notify Workforce Business Services in writing of my intent to cancel. Workforce Business Services' receipt of a request to cancel a direct deposit authorization, it shall become effective after a reasonable opportunity to act upon it.

In the event funds are deposited erroneously into my account, I authorize Workforce Business Services to debit my account(s) not to exceed the original amount of the credit. I understand that Workforce Business Services reserves the right to refuse any direct deposit request. I also understand that all direct deposits are made through the Automated Clearing House (ACH), and that funds availability is subject to the terms and limitations of the ACH as well as my financial institution.

*NOTE* Initial set up of direct deposit may take 10 business days. You will receive a standard payroll check until this process has finalized. Workforce Business Services does not charge a fee for this service, however, your bank may. Please contact your bank directly with inquiries regarding additional fees.

Signature _Anne Peters_          Date 5/6/2020

EX_64_006

5TT99T

**Tracy Wetter**

| | |
|---|---|
| **From:** | webchanges@gowbs.com |
| **Sent:** | Tuesday, June 16, 2020 10:26 AM |
| **To:** | twetter@gowbs.com |
| **Subject:** | Web Termination From - 2110132 |

JUN 16 2020

R.D.

An employee was terminated on the web by 054554.

Anne      Peters
SSN: ████0625
EE id: 21101320636

Term date: 6/5/2020
Date entered on web: 2020-06-16
Time entered on web: 10:25:55

Term type: Involuntary
Term notes:

Please do not respond to this message. It is an automated message sent to you from the server.

**Confidentiality Notice:** This message is intended only for the named recipient(s) and may contain confidential information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you received this message and are not the intended recipient, please notify the sender immediately by return e-mail and delete all copies of the message. Do not forward or otherwise copy the message.

15

EX_64_007

Peters, Anne
1920 Virginia Ave 1202
Fort Myers, FL 33901

Period: 01/01/20 to 11/05/20

Workforce Business Services 12

| | | | |
|---|---|---|---|
| SocSecNum: XXX-XX-0625 | Company Hire Date: 05/06/20 | Federal Tax Setup: | Local Tax 1: |
| WkComp Code: FL-0810 | Subscriber Hire Dt: 05/06/20 | State Tax Setup: FL 00 | Local Tax 2: |
| Pay Rate 1: 1780.000 | Birthdate: 04/06/59 | Status: Full Time | Local Tax 3: |
| Pay Rate 2: .000 | Insurance Codes: NN | Termination Date: 06/05/20 Term'd | M |
| Pay Cycle: WEEKLY SALARY | | Dept 1: | 00 .00 |
| | | Dept 2: | |
| | | Period: 01/01/20 to 11/05/20 | |

Target Roofing & Sheet Metal

| CHECKDATE | RATE | HOURS REGULAR | OVERTIME | OTHER | EARNINGS REGULAR | OVERTIME | OTHER | GROSS PAY | FEDERAL | FICA | STATE | LOCAL | 401K | INSURANCE | OTHER | DIRECT DEPOSIT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/15/20 | 44.50 | 40.000 | .000 | .000 | 1780.00 | .00 | .00 | 1780.00 | 148.77 | 136.17 | .00 | .00 | .00 | .00 | .00 | 1495.06 | 1495.06 |
| 05/22/20 | 44.50 | 40.000 | .000 | .000 | 1780.00 | .00 | .00 | 1780.00 | 148.77 | 136.17 | .00 | .00 | .00 | .00 | .00 | 1495.06 | 1495.06 |
| 05/29/20 | 44.50 | 40.000 | .000 | .000 | 1780.00 | .00 | .00 | 1780.00 | 148.77 | 136.17 | .00 | .00 | .00 | .00 | .00 | 1495.06 | 1495.06 |
| 06/05/20 | 44.50 | 40.000 | .000 | .000 | 1780.00 | .00 | .00 | 1780.00 | 148.77 | 136.17 | .00 | .00 | .00 | .00 | .00 | 1495.06 | 1495.06 |
| TOTALS | | 160.000 | .000 | .000 | 7120.00 | .00 | .00 | 7120.00 | 595.08 | 544.68 | .00 | .00 | .00 | .00 | .00 | 4485.18 | 5980.24 |

| Earnings Hours | Earnings Amounts | Taxes | Deductions | Direct Deposit |
|---|---|---|---|---|
| Regular 163.00 | Regular 7120.00 | Federal 595.08 | | 4485.18 |
| | | FICA - OASDI 441.44 | | |
| | | FICA - Medicare 103.24 | | |

EX_64_008

## Check Inquiry Summary

**BANK OF AMERICA**

Account Number:  898050591768

Account Name:  WORKFORCE BUSINESS SERVICES INC

Bank ID:  063100277



### Check Details

Check Number: 2910302

Account Number: 898050591768

Account Name: WORKFORCE BUSINESS SERVICES INC

Bank ID: 063100277

Amount: 1,495.06

Posted Date: 26-May-2020

Paid Date: 26-May-2020

1

EX_64_009

# Check Inquiry Summary

**BANK OF AMERICA**

Account Number:   898050591768

Account Name:   WORKFORCE BUSINESS SERVICES INC

Bank ID:  063100277

**Electronic Endorsement Information**

**BOFD - Bank Of First Deposit**

Bank Name: BANK OF AMERICA, NA (BOFD)

Date: 26-May-2020

R/T: 11000138

Sequence Number: 2852756692

2

EX_64_010

```
** Peters, Anne                          1/5 Type/Seq:C01-New   Batch:121   PC:W-
   21101320636:Target Roofing & Sheet Metal     SSN: 0625     Op-Yr:pjd-2020
--------------------------------------------------------------------------------
Check# B2-2910302  Date: 05/15/20  PerBeg: 05/04/20  PerEnd: 05/10/20  Entry: LD
--------------------------------------------------------------------------------
Type        Description                     Basis   Rate/Hrs    Amount
--------------------------------------------------------------------------------
Earn        A01 Regular                     44.50      40.00    1780.00
Tax         CFE Federal                   1780.00      12.00     148.77
Tax         CFI FICA - OASDI              1780.00       6.20     110.36
Tax         CFJ FICA - Medicare           1780.00       1.45      25.81
Tax         CFL Florida                   1780.00        .00        .00
Billed      FFI FICA - OASDI              1780.00                 110.36
Billed      FFJ FICA - Medicare           1780.00                  25.81
Billed      FFL FL - SUI                  1780.00                  30.26
Billed      FFU FUTA                      1780.00                  10.68
Billed      DAF Admin Fee                 1780.00                  13.35
Billed      FWC W/C                       1780.00                   1.76
--------------------------------------------------------------------------------
Gross:  1780.00    Ded:        .00    Tax:   -284.94    Contr:     192.22
** Net Check **         $1,495.06 **
--------------------------------------------------------------------------------


** Peters, Anne                          2/5 Type/Seq:V01-Old   Batch:129   PC: -
   21101320636:Target Roofing & Sheet Metal     SSN: 0625     Op-Yr:pjd-2020
--------------------------------------------------------------------------------
Check# B2-2914101  Date: 05/22/20  PerBeg:            PerEnd: 05/17/20  Entry: L
--------------------------------------------------------------------------------
Type        Description                     Basis   Rate/Hrs    Amount
--------------------------------------------------------------------------------

--------------------------------------------------------------------------------
Gross:      .00    Ded:        .00    Tax:        .00    Contr:        .00
** Net Check **           $.00 **
--------------------------------------------------------------------------------
```

```
** Peters, Anne                     3/5 Type/Seq:D01-New  Batch:129  PC:W-
   21101320636:Target Roofing & Sheet Metal    SSN: 0625   Op-Yr:pjd-2020
-------------------------------------------------------------------------------
Check# B2-2914328  Date: 05/22/20  PerBeg: 05/11/20  PerEnd: 05/17/20  Entry: LD
-------------------------------------------------------------------------------
Type        Description                    Basis   Rate/Hrs    Amount
-------------------------------------------------------------------------------
Earn        A01 Regular                    44.50     40.00    1780.00
Ded         B1D Direct Deposit               .00       .00    1495.06
Tax         CFE Federal                   1780.00     12.00     148.77
Tax         CFI FICA - OASDI              1780.00      6.20     110.36
Tax         CFJ FICA - Medicare           1780.00      1.45      25.81
Tax         CFL Florida                   1780.00       .00        .00
Billed      FFI FICA - OASDI              1780.00               110.36
Billed      FFJ FICA - Medicare           1780.00                25.81
Billed      FFL FL - SUI                  1780.00                30.26
Billed      FFU FUTA                      1780.00                10.68
Billed      DAF Admin Fee                 1780.00                13.35
Billed      FWC W/C                       1780.00                 1.76
-------------------------------------------------------------------------------
Gross:  1780.00   Ded:  -1495.06    Tax:   -284.94   Contr:   192.22
** Net Check **               $.00 **
-------------------------------------------------------------------------------

** Peters, Anne                     4/5 Type/Seq:D01-New  Batch:133  PC:W-
   21101320636:Target Roofing & Sheet Metal    SSN: 0625   Op-Yr:pjd-2020
-------------------------------------------------------------------------------
Check# B2-2918439  Date: 05/29/20  PerBeg: 05/18/20  PerEnd: 05/24/20  Entry: LD
-------------------------------------------------------------------------------
Type        Description                    Basis   Rate/Hrs    Amount
-------------------------------------------------------------------------------
Earn        A01 Regular                    44.50     40.00    1780.00
Ded         B1D Direct Deposit               00        00     1495.06
Tax         CFE Federal                   1780.00     12.00     148.77
Tax         CFI FICA - OASDI              1780.00      6.20     110.36
Tax         CFJ FICA - Medicare           1780.00      1.45      25.81
Tax         CFL Florida                   1780.00       .00        .00
Billed      FFI FICA - OASDI              1780.00               110.36
Billed      FFJ FICA - Medicare           1780.00                25.81
Billed      FFL FL - SUI                  1780.00                30.26
Billed      FFU FUTA                      1780.00                10.68
Billed      DAF Admin Fee                 1780.00                13.35
Billed      FWC W/C                       1780.00                 1.76
-------------------------------------------------------------------------------
Gross:  1780.00   Ded:  -1495.06    Tax:   -284.94   Contr:   192.22
** Net Check **               $.00 **
-------------------------------------------------------------------------------
```

EX_64_012

```
** Peters, Anne                     5/5 Type/Seq:D01-New  Batch:140  PC:W-
   21101320636:Target Roofing & Sheet Metal   SSN: 0625   Op-Yr:pjd-2020
--------------------------------------------------------------------------------
Check# B2-2921999  Date: 06/05/20  PerBeg: 05/25/20  PerEnd: 05/31/20  Entry: LD
--------------------------------------------------------------------------------
Type       Description                    Basis   Rate/Hrs    Amount
--------------------------------------------------------------------------------
Earn       A01 Regular                    44.50      40.00    1780.00
Ded        B1D Direct Deposit               .00        .00    1495.06
Tax        CFE Federal                   1780.00      12.00     148.77
Tax        CFI FICA - OASDI              1780.00       6.20     110.36
Tax        CFJ FICA - Medicare           1780.00       1.45      25.81
Tax        CFL Florida                   1780.00        .00        .00
Billed     FFI FICA - OASDI              1780.00                 110.36
Billed     FFJ FICA - Medicare           1780.00                  25.81
Billed     FFL FL - SUI                  1660.00                  28.22
Billed     FFU FUTA                      1660.00                   9.96
Billed     DAF Admin Fee                 1780.00                  13.35
Billed     FWC W/C                       1780.00                   1.76
--------------------------------------------------------------------------------
Gross:  1780.00    Ded:  -1495.06   Tax:   -284.94    Contr:    189.46
** Net Check **           $.00 **
--------------------------------------------------------------------------------
```

EX_64_013

```
21101320636:Peters, Anne                 Target Roofing & Sheet Metal
Totals for all checks YTD
--------------------------------------------------------------------------------
A01    Regular                     160.00               7120.00
B1D    Direct Deposit                 .00               4485.18
CFE    Federal                    7120.00                595.08
CFI    FICA - OASDI               7120.00                441.44
CFJ    FICA - Medicare            7120.00                103.24
CFL    Florida                    7120.00                   .00
DAF    Admin Fee                  7120.00                 53.40
DFI    FICA - OASDI               7120.00                441.44
DFJ    FICA - Medicare            7120.00                103.24
DFL    FL - SUI                   7000.00                119.00
DFU    FUTA                       7000.00                 42.00
DWC    W/C                        7120.00                  7.04
```

EX_64_014

```
------------------------------------------------------------------------------
Employee  : 21-10-132-0635    *** Crowther, Margaret ***              11/05/20
Client ....: Target Roofing & Sheet Metal
------------------------------------------------------------------------------
                    >>> Employee Information Sheet >>>

       Soc-Sec-Num .: XXX-XX-1471              Co. Hire Date : 05/06/20
       Status Code .: T - Terminated           Sub. Hire Date: 05/06/20
       Address1 ....: 6651 Nalle Grade Rd      Orig Hire Date: 05/06/20
       Address2 ....:                          Pay Period ...: Weekly
       City ........: North Fort Myers         Pay Type .....: Salary
       State .......: FL   Zip: 33917          Full/Part-Time: Full-Time
       Home Phone ..: (239) 848-5414           Employee Type :
       Work Phone ..: (239) 332-5707           Termination Dt: 06/05/20
       Occupation ..: clerical                 Termination Cd: L
       Unique Key ..: 0000577993
       EEO Job Cat .: 5                         County Code ..: 12071
       ------------------------------------------------------------------------
       Pay Rate -- Hours - Eff.Date
       1,900.00    40.00   05/06/20
```

`-1471` *(handwritten)*

```
---------------------- << Miscellaneous Information >> ------------------------
    Sex .........: Female        Emergency Contact:
    Race ........: White         Relationship ....:
    Vet Status ..: Unknown       Phone (Contact) .:
    Birth Date ..: 08/03/85      Handbook Ed:          Tag :
    Leave/Abs Beg: 00/00/00      Date Recv'd: 00/00/00   Mail:
    Leave/Abs End: 00/00/00                         Dept  Percent
    Anniversary .: 05/06/21      Labor Dept 1 .....:         0.00
    Review Date .: 08/06/20      Labor Dept 2 .....:         0.00
    I-9 Form ....: Y             Labor Dept 3 .....:         0.00
    Alien Exp. ..: 00/00/00      Labor Dept 4 .....:         0.00


------------------------- << Employee Benefits >> ----------------------------

    Employee Life Ins:      Birthdate: 08/03/85  35 yrs     Uses Tobacco:
    Flex Plan ...: Y    Key EE: N   Accrual Start Date: 05/06/20
    Direct Dep. .: Y             Vac/Sick Factors .:   0.0000 0.0000
    Elig Strt Dt : 05/06/20      Credit Union Date : 00/00/00
    Effective Dt : 06/01/20      Credit Union Acct#:
    Elig Ltr Sent: 00/00/00      Bank Account Code : B2

---------------------- << Direct Deposit / Dependents >> ----------------------
    Direct Dep ..: Routing #   Bank Account #   C/S   Amount  A/P  Code
      Setup 1    [redacted]    [redacted]2734    C    100.00   P    22

----------------------- << Tax Table Information >> ---------------------------
   *InUse Fed: Stat 2c Kids Deps Oth Inc Deducts ExtraWh  KidsAmt DepsAmt
     *New W4:   M   N  00   00      0       0       .00
               ST  Status  Exemptions  Extra W/H
      Old W4:         M
       State W: FL             00           .00                    EIC:
       Wk Comp: FL-8810                  SUI ...: FL
       Local 1:            Local 2:      Local 3:
```



**WORKFORCE BUSINESS SERVICES**

577993

TO BE COMPLETED BY THE BUSINESS OWNER
Client Company _____ Client # ___ 6

Employee Name: margaret Crowther          T.W.

# Florida Enrollment Form

## Acknowledgment

I hereby acknowledge my current employer (Client Company) has entered into an Client Services Agreement contract with Workforce Business Services (WBS). Through this contract WBS will provide Client Company with certain professional employer services and during the term of the contract I will be a utilized individual with WBS. I will remain an employee of Client Company and Client Company will continue to have control over my day-to-day job duties and the work site. Client Company will also continue to provide all on site supervision, including but not limited to; determining my job assignments and training requirments, evaluating my peformance and establishing pay rates. WBS will not have an on-site supervisor or representative at my work-site .

### Reconocimiento del a endamiento de empleados

Por la presente reconozco que he sido infoillado de que mi empleador actual (compañia cliente) ha entrado en un acuerdo con Servicios de Personal Empresariales (WBS sus iniciales).A traves de este contrato, WBS proporcionara a la compañia diente ciertos servicios profesionales de empleadores. En virtud de este acuerdo la compañia cliente y WBS se convertiran en Co-Empleadores. Bajo esta relación de Co-Empleadores, sere un empleado por arrendo de WBS, asignado unicamente y exclusivamente a la compañia cliente. WBS se reserva el derecho de dirección y control sobre los empleados arrendados asignados al lugar de trabajo de la compañia cliente. Continuare siendo un empleado de la compañia cliente y la   compañia cliente seguira teniendo control sobre mis funciones de trabajo diarias y mi lugar de trabajo. La compañia cliente tambien continuara prestando toda la supervision en el lugar de trabajo, incluyendo pero no limitandose a detelllinar la asignación de mi trabajo y los requisitos de entrenamiento, evaluación de mi desempeño y establecimiento de tasas salariales. WBS no tandra un supervisor o representante en mi lugar de trabajo.

The Client Services Agreement between Client Company and WBS will not affect any agreement for employment or compensation which exists with my Client Company. If the contract between my Client Company and WBS is terminated, my status with WBS will also end on the date of the contract termination.

El acuerdo de arrendo de empleados entre la compañia cliente y WBS no afectara ningun acuerdo de empleo o compensación que existen con mi compañia cliente. Si el contrato entre mi compañia cliente y WBS se termina, el estatus de mi contrato también terminará.

If WBS does not receive payment from my Client Company for services which I perform, WBS may then pay me the minimum wage or the legally required minimum salary or overtime pay for that period and I agree to this method of compensation .WBS assumes responsibility for the payment of such minimum wages without regard to payments by Client Company to WBS. I also agree that WBS does not assume responsibility for payment of any bonuses, commissions, severance pay, deferred compensation, profit sharing, vacation, sick, or other paid time off pay, or for any other payment, unless WBS has received in advance full payment for such items from Client Company. If the contract with my Client Company is terminated, my status with WBS will also cease.

Si WBS no recibe pago de mi compañia cliente por los servicios que preste, WBS me pagara el salario minimo, o el salario mínimo legal, o pagara las horas extras de ese periodo y estoy de acuerdo con este metodo de compensación. WBS asume responsabilidad por el pago de salarios sin tener en cuenta los pagos efectuados por la compañia cliente a WBS. Tambien estoy de acuerdo en que WBS no asume responsabilidad por pago alguno de bonos, comisiones, indemnizaciones por despido, compensación diferida, compartir utilidades, vacaciones, enfermedad u otro tiempo a pagar, o por cualquier otro pago, donde WBS no ha recibido el pago completo por adelantado para tales propósitos por la compañia cliente. Si se terminara el contrato con mi compania cliente, mi empleo con WBS tambien terminara.

r9r14

EX_64_016

**Drug Testing Authorization**

I agree to comply with any drug/alcohol testing policy, which Workforce Business Services has or may adopt. I specifically agree to post-accident drug/alcohol testing for any work injury regardless of whether I am able to give consent at that time. This authorization or a photocopy hereof is my authority and consent to post-accident drug/alcohol testing in all instances.

**Autorización para Pruebas de Drogas**

Estoy de acuerdo en cumplir con cualquier póliza de pruebas de drogas/alcohol cual Workforce Business Services (WBS-por sus siglas en Ingles) tenga o pueda adoptar. Yo específicamente estoy de acuerdo a pruebas de drogas/alcohol después de cada accidente de trabajo sin importar si puedo dar consentimiento en ese tiempo. Esta autorización o una fotocopia de esta autorización es mi autoridad y consentimiento para pruebas de drogas/ alcohol en todos los casos.

**Workers' Compensation Medical Authorization Release**

I authorize any physician, medical practitioner, hospital, clinic or other health facility, or employer, to release any and all medical and non-medical information in its possession about me to Workforce Business Services' Workers' Compensation carrier or its legal representatives for purposes of a workers' compensation claim. (Medical information means all information in the possession of or derived from providers of health care regarding the medical history, mental or physical condition, or treatment of me.) I shall comply with the provisions of Florida Statute 440 concerning claims for workers' compensation benefits. If I provide false, misleading or incomplete information to obtain workers' compensation benefits, I may be denied such benefits. I may request and receive a copy of this authorization. A photocopy of this authorization shall be valid as the original.

**Acuerdo de Autorización médica para compensación del trabajador**

Yo autorizo a cualquier doctor, médico practicante, hospital, clínica u otra entidad de salud o empleador, para liberar toda la información médica y no médica en su posesión acerca de mi al portador del seguro de compensación a los trabajadores de Servicios de Personal Empresariales (WBS-por sus siglas en Ingles) o a sus representantes legales para propósitos de una reclamación de compensación de trabajadores (información médica significa toda la información en posesión de, o derivadas de los proveedores de atención de salud, relacionadas con la historia médica, condición física o mental, o con mi tratamiento). Cumpliré con las provisiones del Estatuto 440 de la Florida concernientes a reclamaciones para beneficios de compensación. Si proporciono información falsa, engañosa o incompleta para obtener beneficios de compensación de trabajadores, tales beneficios me pueden ser negados. Puedo solicitar y recibir una copia de esta autorización. Una fotocopia de esta autorización será válida como la original.

I agree to promptly and without delay report all accident, injuries, potential safety hazards, safety suggestions and health related issues to my manager.

If I am a new hire, I acknowledge I am hereby notified within 7 days of my employment with client and as a utilized individual with Workforce Business Services that I am being employed on an established 90 day probationary period

Estoy de acuerdo en informar inmediatamente a el gerente todo accidente, lesión, peligros potenciales, sugerencias sobre seguridad y asuntos relacionados con la salud.
Si soy un nuevo empleado, reconozco que por la presente se me notifica dentro de los 7 días de mi empleo con el cliente, como una persona utilizada con WBS, que estoy siendo empleado en un período de prueba establecido de 90 días.

I certify that I have read, understand, and agree to the conditions and requirements contained in this document, including my authorization for drug testing and for release of my medical and non-medical information.

Yo certifico que he leído entiendo, y acepto las condiciones y requisitos contenidos en este documento, incluyendo mi autorización para pruebas de drogas y para la divulgación de mi información médica y no médica.

Employee Signature (Firma del empleado) X **Margaret Crowther**   Date (Fecha): **05/05/2020**

Employee Name (Nombre del empleado): **margaret Crowther**

Date of Birth (Fecha de nacimiento): **08/03/1985**

Address (Dirección): **6651 Nalle Grade Rd**

City, State, Zip (Ciudad, Estado, Zip): **North Fort Myers, FL 33917**

Telephone Number (Número telefónico): **2398485414**   Social Security No (No. Seguridad Social): **1471**

EX_64_017

**Voluntary EEO Identification (Identificación del EEO voluntario)**

Various agencies of the United States Government require employers to maintain information on applicants pertaining to factors such as race, sex and type of position for which an applicant applies. The information requested here is for compliance with certain record keeping requirements.

Varias entidades del gobierno de Estados Unidos exigen a los empleadores que mantengan información sobre los solicitantes en relación con factores como raza, sexo y tipo de cargo para el cual se presenta el candidato. La información que aquí se solicita es para cumplir con ciertos requisitos de registro.

☐ White (Not of Hispanic or Latino origin) - Origins of Europe, North Africa, or the Middle East. Blanco (No de origen Hispánico ni Latino) – Originario de Europa, África del Norte o del Medio Oriente

☐ Hispanic or Latino - Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race. Hispano o Latino – Mexicano, Puertorriqueño, Cubano, Centro o Suramericano o de otra cultura u origen proveniente de España, independientemente de la raza

☐ Native Hawaiian or other Pacific Islander - Origins of Hawaii, Guam, Samoa, or other Pacific Islands. Nativo Hawaiano o de otra Isla del Pacífico – originario de Hawai, Guam, Samoa u otras Islas del Pacífico

☐ Two or more races (Not of Hispanic or Latino origin) - All persons who identify with more than one of the listed races. Dos o más razas (No de origen Hispano ni Latino) – Todas las personas que se identifiquen con más de una de las razas mencionadas

☐ Black or African American (Not of Hispanic or Latino origin) - Origins in any of the Black racial groups of Africa. Negro o Afro-Americano (No de origen Hispánico ni Latino) – Orígenes en cualquiera de los grupos raciales negros de África

☐ Asian (Not of Hispanic or Latino origin) - Origins of the Far East, Southeast Asia, the Indian Subcontinent Asiático (no de origen Hispánico ni Latino) – Originario del Lejano Oriente, Sudeste Asiático, o Subcontinente Indio

☐ American Indian/Alaska Native - Origins of North or South America (including Central America), who maintain tribal affiliation and community recognition. Indígena Americano / Nativo de Alaska - Originario de América del Norte o del Sur (incluyendo América Central) que mantiene su afiliación tribal y reconocimiento de la comunidad.

☐ If the employee elected not to complete this information, the employer has completed it through visual identification as required by law. Si el empleado decidió no suministrar esta información, el empleador la suministra mediante identificación visual, de conformidad con lo dispuesto en la ley.

## Completed by Client  (Para ser diligenciado por el cliente)

**New Hires (Nuevas Contrataciones)**

You must fax, call or email the following information to WBS on or before the new hire starts work: name, WC Code, Social Security Number, Pay Rate and Date of Birth. Workforce Business Services can not pay any employee without receiving this information on or before the employee begins work. Nor will this employee be covered with workers' compensation coverage until this information has been submitted to us. To report a new hire after hours, please fax or call our offices and leave a detailed message.

WBS tiene que recibir esta Informe de Vinculación En la fecha de contratacion o antes. Usted puede informar esta nueva contratación a WBS por fax o por teléfono y recibirá un número de identificación de confirmación. Workforce Servicesno podrá efectuar pagos a empleados sin el número de identificación del empleado. El empleado tampoco quedará cubierto por la compensación de trabajadores hasta que esta información no haya sido presentada. Para informar sobre alguna contratación fuera de las horas laborales, por favor envíe un fax o llame a nuestras oficinas y deje un mensaje detallado.

**THE UTILIZED INDIVIDUAL ENROLLMENT FORM MUST BE RETURNED TO WBS WITHIN THREE DAYS OF THE DATE OF HIRE.**

EL FORMULARIO DE INSCRIPCIÓN DEL INDIVIDUAL UTILIZADO DEBE SER ENVIADO A WBS DENTRO DE LOS TRES DÍAS SIGUIENTES A LA FECHA DE CONTRATACIÓN

Employee Name (Nombre del empleado) **Margaret Crowther**

Client Company Name (Nombre de la Compañía- Cliente) **Target Roofing Sheet Metal**

Department (if applicable) (Departamento) (si es el caso) _____   Job Code (if applicable) (Código de trabajo) (si es el caso) _____

Rate of Pay (Tasa de pago) $ **1900.00**   ☐ Hourly (Por hora)   ☑ Salary (Salario)   ☐ Exempt (Exento)   ☐ Non-Exempt (No Exento)

☑ Full Time (Tiempo completo)   ☐ Part Time (Medio Tiempo)   Work Comp. Code (Código Compensación Trabajadores) _____

From the EEO job classifications listed, which one best describes the employee's position?
¿De las clasificaciones de trabajos mencionadas, cuál es la que describe mejor el cargo del empleado?

☐ 1.1 - Executive/Senior Level Officers and Managers (Ejecutivo/Funcionarios y gerentes de nivel superior)

☐ 1.2 - First / Mid Level Officers and Managers (Funcionarios y gerentes de primer nivel/nivel medio)

☐ 2 - Professionals (Profesionales)

☐ 4 - Sales (Vendedores)

☐ 6 - Craft Workers (skilled) (Artesanos (capacitados))

☐ 8 - Laborers (unskilled) (Obreros (no capacitados) )

☐ 3 - Technicians (Técnicos)

☑ 5 -Office and Clerical (Oficina y administrativo)

☐ 7 - Operative (semi-skilled) (Operarios (capacitación media))

☐ 9 - Service Workers (Trabajadores de servicios)

Job Description (Descripción del trabajo) _____

Original Date of Hire (Fecha de contratación original) **5/11/2020**

EX_64_018

**Form W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Certificate

▶ Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.
▶ Give Form W-4 to your employer.
▶ Your withholding is subject to review by the IRS.

OMB No. 1545-0074

**2020**

| Step 1: Enter Personal Information | (a) First name and middle initial  Margaret A | Last name  Crowther | (b) Social security number  ███ 1471 |
|---|---|---|---|

Address
6651 NALLE GRADE RD

City or town, state, and ZIP code
NORTH FORT MYERS, FL 33917

▶ Does your name match the name on your social security card? If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov.

(c)  ☐ Single or Married filing separately
☑ Married filing jointly (or Qualifying widow(er))
☐ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the online estimator, and privacy.

**Step 2: Multiple Jobs or Spouse Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do only one of the following.

(a) Use the estimator at www.irs.gov/W4App for most accurate withholding for this step (and Steps 3–4); or

(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; or

(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld  . . . . . . ▶ ☐

**TIP:** To be accurate, submit a 2020 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3: Claim Dependents**

If your income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 ▶ $ _____

Multiply the number of other dependents by $500   . . . . ▶ $ _____

Add the amounts above and enter the total here   . . . . . . . . . . | 3 | $

**Step 4 (optional): Other Adjustments**

(a) **Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income   . . . . . . | 4(a) | $

(b) **Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here   . . . . . . . . . . . . . | 4(b) | $

(c) **Extra withholding.** Enter any additional tax you want withheld each pay period   . | 4(c) | $

**Step 5: Sign Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

▶ Margaret Crowther
Employee's signature (This form is not valid unless you sign it.)

▶ 05/05/2020
Date

| Employers Only | Employer's name and address  Target Roofing & Sheet Metal, Inc.  1841 Ortiz Ave Fort Myers FL 33905 | First date of employment  05/11/2020 | Employer identification number (EIN)  11-1111111 |
|---|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 3.

Cat. No. 10220Q

Form **W-4** (2020)

EX_64_019



**Employee Authorization
Agreement For Direct Deposit**

Client Company: Target Roofing Sheet Metal

Employee Name: Margaret Crowther

Social Security Number: _____

Today's Date: 5/6/2020 _____ Effective Date: 5/6/2020

I request my payroll deduction/direct deposit be placed in the following account(s):

| Institution | Bank ABA No. (Cannot start with a 5) | Account Number | Deduction $ Amt / % | Account Type |
|---|---|---|---|---|
| _____ # | _____ # | _____ | _____ | ☐ Savings ☐ Checking |
| _____ # | _____ # | _____ | _____ | ☐ Savings ☐ Checking |
| _____ # | _____ # | _____ | _____ | ☐ Savings ☐ Checking |

I authorize Workforce Business Services to withhold the indicated amount(s), if available, from my pay, and deposit directly into the account(s) shown. The direct deposit(s) will be made on each succeeding payday, unless I notify Workforce Business Services in writing of my intent to cancel. Workforce Business Services' receipt of a request to cancel a direct deposit authorization, it shall become effective after a reasonable opportunity to act upon it.

In the event funds are deposited erroneously into my account, I authorize Workforce Business Services to debit my account(s) not to exceed the original amount of the credit. I understand that Workforce Business Services reserves the right to refuse any direct deposit request. I also understand that all direct deposits are made through the Automated Clearing House (ACH), and that funds availability is subject to the terms and limitations of the ACH as well as my financial institution.

*NOTE* Initial set up of direct deposit may take 10 business days. You will receive a standard payroll check until this process has finalized. Workforce Business Services does not charge a fee for this service, however, your bank may. Please contact your bank directly with inquiries regarding additional fees.

Signature _Margaret Crowther_ Date 5/6/2020

EX_64_020

**Tracy Wetter**

*577993*

| | |
|---|---|
| **From:** | webchanges@gowbs.com |
| **Sent:** | Friday, June 26, 2020 9:20 AM |
| **To:** | twetter@gowbs.com |
| **Subject:** | Web Termination From - 2110132 |

An employee was terminated on the web by 054554.

Margaret     Crowther
SSN: ▮▮▮-1471
EE Id: 21101320635

Term date: 6/5/2020
Date entered on web: 2020-06-26
Time entered on web: 09:20:12

Term type: Involuntary
Term notes:

Please do not respond to this message.  It is an automated message sent to you from the server.

**Confidentiality Notice:** This message is intended only for the named recipient(s) and may contain confidential information that is privileged or exempt from disclosure under applicable law.  If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited.  If you received this message and are not the intended recipient, please notify the sender immediately by return e-mail and delete all copies of the message.  Do not forward or otherwise copy the message.

ENTERED
JUN 2 6 2020
T.W.

2

EX_64_021

Workforce Business Services 12 — Target Roofing & Sheet Metal

Crowther, Margaret
6651 Nalle Grade Rd
North Fort Myers, FL 33917

| | |
|---|---|
| SocSecNum XXX-XX-1471 | Company Hire Date: 05/06/20 |
| WkComp Code: FL-8810 | Subscriber Hire Dt: 05/06/20 |
| Pay Rate 1: 1900.000 SALARY | Birthdate: 08/03/85 |
| Pay Rate 2: .000 | Insurance Codes: |
| Pay Cycle: WEEKLY | |

Federal Tax Setup: M — Local Tax 1: .00
State Tax Setup: FL 00 — Local Tax 2: .00
Status: Full Time — Local Tax 3:
Termination Date: 06/05/20 Term'd
Dept 1:
Dept 2:

Period: 01/01/20 to 11/05/20

| CHECKDATE | RATE | HOURS REGULAR | OVERTIME | OTHER | EARNINGS REGULAR | OVERTIME | OTHER | GROSS PAY | FEDERAL | FICA | STATE | LOCAL | 401K | INSURANCE | OTHER | DIRECT DEPOSIT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/15/20 | 47.50 | 40.000 | .000 | .000 | 1900.00 | .00 | .00 | 1900.00 | 163.17 | 145.35 | .00 | .00 | .00 | .00 | .00 | 1591.48 | 1591.48 |
| 05/22/20 | 47.50 | 40.000 | .000 | .000 | 1900.00 | .00 | .00 | 1900.00 | 163.17 | 145.35 | .00 | .00 | .00 | .00 | .00 | 1591.48 | 1591.48 |
| 05/29/20 | 47.50 | 40.000 | .000 | .000 | 1900.00 | .00 | .00 | 1900.00 | 163.17 | 145.35 | .00 | .00 | .00 | .00 | .00 | 1591.48 | 1591.48 |
| 06/05/20 | 47.50 | 40.000 | .000 | .000 | 1900.00 | .00 | .00 | 1900.00 | 163.17 | 145.35 | .00 | .00 | .00 | .00 | .00 | 1591.48 | 1591.48 |
| TOTALS | | 160.000 | .000 | .000 | 7600.00 | .00 | .00 | 7600.00 | 652.68 | 581.40 | .00 | .00 | .00 | .00 | .00 | 4774.44 | 6365.92 |

| Earnings Hours | | Earnings Amounts | | Taxes | | Deductions | |
|---|---|---|---|---|---|---|---|
| Regular | 160.00 | Regular | 7600.00 | Federal | 652.68 | Direct Deposit | 4774.44 |
| | | | | FICA - OASDI | 471.20 | | |
| | | | | FICA - Medicare | 110.20 | | |

# Check Inquiry Summary

**BANK OF AMERICA**

Account Number:   898050591768

Account Name:   WORKFORCE BUSINESS SERVICES INC

Bank ID:   063100277





## Check Details

**Check Number:** 2910227

**Account Number:** 898050591768

**Account Name:** WORKFORCE
BUSINESS
SERVICES INC

**Bank ID:** 063100277

**Amount:** 1,591.48

**Posted Date:** 19-May-2020

**Paid Date:** 19-May-2020

1

EX_64_023

# Check Inquiry Summary

**BANK OF AMERICA** ⌁

Account Number:   898050591768

Account Name:   WORKFORCE BUSINESS SERVICES INC

Bank ID:  063100277

**Electronic Endorsement Information**

**BOFD - Bank Of First Deposit**

| | |
|---|---|
| **Bank Name:** FINEMARK NATIONAL BANK AND TRU (BOFD) | **Bank Name:** FINEMARK NATIONAL BANK A TRU (BOFD) |
| **Date:** 19-May-2020 | **Date:** 19-May-2020 |
| **R/T:** 67016231 | **R/T:** 67016231 |
| **Sequence Number:** 67016230263721 | **Sequence Number:** 5250007380514 |
| **Bank Name:** FEDERAL RES BANK OF ATLANTA | **Bank Name:** BANK OF AMERICA, NA |
| **Date:** 20-May-2020 | **Date:** 19-May-2020 |
| **R/T:** 61000146 | **R/T:** 111012822 |
| **Sequence Number:** 2267138774 | **Sequence Number:** 004292524228 |

2

EX_64_024

```
** Crowther, Margaret              1/5 Type/Seq:C01-New  Batch:121  PC:W-
   21101320635:Target Roofing & Sheet Metal    SSN: 1471   Op-Yr:pjd-2020
```
-------------------------------------------------------------------------------
Check# B2-2910227  Date: 05/15/20  PerBeg: 05/04/20  PerEnd: 05/10/20  Entry: LD
-------------------------------------------------------------------------------

| Type | Description | Basis | Rate/Hrs | Amount |
|------|-------------|-------|----------|--------|
| Earn | A01 Regular | 47.50 | 40.00 | 1900.00 |
| Tax | CFE Federal | 1900.00 | 12.00 | 163.17 |
| Tax | CFI FICA - OASDI | 1900.00 | 6.20 | 117.80 |
| Tax | CFJ FICA  Medicare | 1900.00 | 1.45 | 27.55 |
| Tax | CFL Florida | 1900.00 | .00 | .00 |
| Billed | FFI FICA - OASDI | 1900.00 | | 117.80 |
| Billed | FFJ FICA - Medicare | 1900.00 | | 27.55 |
| Billed | FFL FL - SUI | 1900.00 | | 32.30 |
| Billed | FFU FUTA | 1900.00 | | 11.40 |
| Billed | DAF Admin Fee | 1900.00 | | 14.25 |
| Billed | FWC W/C | 1900.00 | | 1.88 |

-------------------------------------------------------------------------------
```
Gross:   1900.00   Ded:        .00    Tax:   -308.52   Contr:    205.18
** Net Check **        $1,591.48 **
```
-------------------------------------------------------------------------------

```
** Crowther, Margaret              2/5 Type/Seq:V01-Old  Batch:129  PC: -
   21101320635:Target Roofing & Sheet Metal    SSN: 1471   Op-Yr:pjd-2020
```
-------------------------------------------------------------------------------
Check# B2-2914009  Date: 05/22/20  PerBeg:          PerEnd: 05/17/20  Entry: L
-------------------------------------------------------------------------------

| Type | Description | Basis | Rate/Hrs | Amount |
|------|-------------|-------|----------|--------|

-------------------------------------------------------------------------------
```
Gross:       .00   Ded:        .00    Tax:        .00   Contr:        .00
** Net Check **        $.00 **
```
-------------------------------------------------------------------------------

```
** Crowther, Margaret              3/5 Type/Seq:D01-New  Batch:129  PC:W-
   21101320635:Target Roofing & Sheet Metal    SSN: 1471   Op-Yr:pjd-2020
------------------------------------------------------------------------------
Check# B2-2914236  Date: 05/22/20  PerBeg: 05/11/20  PerEnd: 05/17/20  Entry: LD
------------------------------------------------------------------------------
Type      Description                    Basis   Rate/Hrs    Amount
------------------------------------------------------------------------------
Earn      A01 Regular                    47.50     40.00    1900.00
Ded       B1D Direct Deposit               .00       .00    1591.48
Tax       CFE Federal                   1900.00     12.00     163.17
Tax       CFI FICA   OASDI              1900.00      6.20     117.80
Tax       CFJ FICA - Medicare           1900.00      1.45      27.55
Tax       CFL Florida                   1900.00       .00        .00
Billed    FFI FICA - OASDI              1900.00               117.80
Billed    FFJ FICA - Medicare           1900.00                27.55
Billed    FFL FL - SUI                  1900.00                32.30
Billed    FFU FUTA                      1900.00                11.40
Billed    DAF Admin Fee                 1900.00                14.25
Billed    FWC W/C                       1900.00                 1.88
------------------------------------------------------------------------------
Gross:  1900.00   Ded:  -1591.48   Tax:   -308.52   Contr:    205.18
** Net Check **            $.00 **
------------------------------------------------------------------------------

** Crowther, Margaret              4/5 Type/Seq:D01-New  Batch:133  PC:W-
   21101320635:Target Roofing & Sheet Metal    SSN: 1471   Op-Yr:pjd-2020
------------------------------------------------------------------------------
Check# B2-2918337  Date: 05/29/20  PerBeg: 05/18/20  PerEnd: 05/24/20  Entry: LD
------------------------------------------------------------------------------
Type      Description                    Basis   Rate/Hrs    Amount
------------------------------------------------------------------------------
Earn      A01 Regular                    47.50     40.00    1900.00
Ded       B1D Direct Deposit               .00       .00    1591.48
Tax       CFE Federal                   1900.00     12.00     163.17
Tax       CFI FICA   OASDI              1900.00      6.20     117.80
Tax       CFJ FICA - Medicare           1900.00      1.45      27.55
Tax       CFL Florida                   1900.00       .00        .00
Billed    FFI FICA - OASDI              1900.00               117.80
Billed    FFJ FICA - Medicare           1900.00                27.55
Billed    FFL FL - SUI                  1900.00                32.30
Billed    FFU FUTA                      1900.00                11.40
Billed    DAF Admin Fee                 1900.00                14.25
Billed    FWC W/C                       1900.00                 1.88
------------------------------------------------------------------------------
Gross:  1900.00   Ded:  -1591.48   Tax:   -308.52   Contr:    205.18
** Net Check **            $.00 **
------------------------------------------------------------------------------
```

EX_64_026

```
** Crowther, Margaret              5/5 Type/Seq:D01-New  Batch:140  PC:W-
   21101320635:Target Roofing & Sheet Metal    SSN: 1471    Op-Yr:pjd-2020
------------------------------------------------------------------------------
Check# B2-2921898  Date: 06/05/20  PerBeg: 05/25/20  PerEnd: 05/31/20  Entry: LD
------------------------------------------------------------------------------
Type        Description                     Basis   Rate/Hrs    Amount
------------------------------------------------------------------------------
Earn        A01 Regular                     47.50    40.00     1900.00
Ded         B1D Direct Deposit                .00      .00     1591.48
Tax         CFE Federal                    1900.00    12.00      163.17
Tax         CFI FICA - OASDI               1900.00     6.20      117.80
Tax         CFJ FICA - Medicare            1900.00     1.45       27.55
Tax         CFL Florida                    1900.00      .00         .00
Billed      FFI FICA - OASDI               1900.00                117.80
Billed      FFJ FICA - Medicare            1900.00                 27.55
Billed      FFL FL - SUI                   1300.00                 22.10
Billed      FFU FUTA                       1300.00                  7.80
Billed      DAF Admin Fee                  1900.00                 14.25
Billed      FWC W/C                        1900.00                  1.88
------------------------------------------------------------------------------
Gross:   1900.00    Ded:   -1591.48    Tax:    -308.52    Contr:    191.38
** Net Check **               $.00 **
------------------------------------------------------------------------------
```

EX_64_027

```
21101320635:Crowther, Margaret          Target Roofing & Sheet Metal
Totals for all checks YTD
------------------------------------------------------------------------
A01    Regular                    160.00              7600.00
B1D    Direct Deposit                .00              4774.44
CFE    Federal                   7600.00               652.68
CFI    FICA - OASDI              7600.00               471.20
CFJ    FICA - Medicare          7600.00               110.20
CFL    Florida                  7600.00                  .00
DAF    Admin Fee                7600.00                57.00
DFI    FICA - OASDI              7600.00               471.20
DFJ    FICA - Medicare          7600.00               110.20
DFL    FL - SUI                 7000.00               119.00
DFU    FUTA                     7000.00                42.00
DWC    W/C                      7600.00                 7.52
```

EX_64_028

```
------------------------------------------------------------------------
Employee   : 21-10-132-0637    *** Crowther, Dannielle C ***        11/05/20
Client ....: Target Roofing & Sheet Metal
------------------------------------------------------------------------
                   <<< Employee Information Sheet >>>
                          -8990
      Soc-Sec-Num .: XXX-XX-8990          Co. Hire Date : 05/08/20
      Status Code .: T - Terminated       Sub. Hire Date: 05/08/20
      Address1 ....: 5302 Fairfield Way    Orig Hire Date: 05/08/20
      Address2 ....:                       Pay Period ...: Weekly
      City ........: Fort Myers            Pay Type .....: Salary
      State .......: FL   Zip: 33919       Full/Part-Time: Full-Time
      Home Phone ..: (239) 895-1052        Employee Type :
      Work Phone ..: (239) 332-5707        Termination Dt: 06/05/20
      Occupation ..: clerical              Termination Cd: R
      Unique Key ..: 0000578235
      EEO Job Cat .: 5                     County Code ..: 12071
      ------------------------------------------------------------------
      Pay Rate -- Hours - Eff.Date
      1,840.00     40.00   05/08/20
------------------------- << Miscellaneous Information >> -----------------------
      Sex .........: Female         Emergency Contact:        '
      Race ........: White          Relationship ....:
      Vet Status ..: Unknown        Phone (Contact) .:
      Birth Date ..: 05/09/87       Handbook Ed:          Tag :
      Leave/Abs Beg: 00/00/00       Date Recv'd: 00/00/00  Mail:
      Leave/Abs End: 00/00/00                      Dept  Percent
      Anniversary .: 05/08/21       Labor Dept 1 .....:     0.00
      Review Date .: 08/08/20       Labor Dept 2 .....:     0.00
      T-9 Form ....: Y              Labor Dept 3 .....:     0.00
      Alien Exp. ..: 00/00/00       Labor Dept 4 .....:     0.00


------------------------- << Employee Benefits >> -----------------------

      Employee Life Ins:    Birthdate: 05/09/87  33 yrs    Uses Tobacco:
      Flex Plan ...: Y   Key EE: N   Accrual Start Date: 05/08/20
      Direct Dep. .: Y              Vac/Sick Factors .:  0.0000 0.0000
      Elig Strt Dt : 05/08/20       Credit Union Date : 00/00/00
      Effective Dt : 06/01/20       Credit Union Acct#:
      Elig Ltr Sent: 00/00/00       Bank Account Code : B2

------------------- << Direct Deposit / Dependents >> -------------------
    Direct Dep ..: Routing #   Bank Account #   C/S   Amount  A/P  Code
       Setup 1                           9457     C    100.00   P    22

------------------- << Tax Table Information >> -------------------
    *InUse Fed: Stat 2c Kids Deps Oth Inc Deducts ExtraWh KidsAmt DepsAmt
     *New W4:    S  N  00   03    0        0     .00
                 ST Status  Exemptions  Extra W/H
        Old W4:         S                                      EIC:
        State W: FL             00            .00
        Wk Comp: FL-8810                  SUI ...: FL
        Local 1:         Local 2:         Local 3:
```

EX_64_029



**WORKFORCE**
**BUSINESS**
**SERVICES**

TO BE COMPLETED BY THE BUSINESS OWNER
Client Company _____ Client # _____

Employee Name: ~~Dannielle Crowther~~

$78235-

# Florida Enrollment Form

## Acknowledgment

I hereby acknowledge my current employer (Client Company) has entered into an Client Services Agreement contract with Workforce Business Services (WBS). Through this contract WBS will provide Client Company with certain professional employer services and during the term of the contract I will be a utilized individual with WBS. I will remain an employee of Client Company and Client Company will continue to have control over my day-to-day job duties and the work site. Client Company will also continue to provide all on site supervision, including but not limited to, determining my job assignments and training requirments, evaluating my peformance and establishing pay rates. WBS will not have an on-site supervisor or representative at my work-site.

### Reconocimiento del a endamiento de empleados

Por la presente reconozco que he sido infolillado de que mi empleador actual (compañia cliente) ha entrado en un acuerdo con Servicios de Personal Empresariales (WBS sus iniciales). A traves de este contrato, WBS proporcionara a la compañifa cliente ciertos servicios profesionales de empleadores. En virtud de este acuerdo la compañia cliente y WBS se convertiran en Co-Empleadores. Bajo esta relación de Co-Empleadores, sere un empleado por arrendo de WBS, asignado unicamente y exclusivamente a la compañia cliente. WBS se reserva el derecho de dirección y control sobre los empleados arrendados asignados al lugar de trabajo de la compañifa cliente. Continuare siendo un empleado de la compañifa cliente y la compañia cliente seguira teniendo control sobre mis funciones de trabajo diarias y mi lugar de trabajo. La compañfa cliente tambien continuara prestando toda la supervision en el lugar de trabajo, incluyendo pero no limitandose a deteillinar la asignación de mi trabajo y los requisitos de entrenamiento, evaluación de mi desempeño y establecimiento de tasas salariales. WBS no tendra un supervisor o representante en mi lugar de trabajo.

The Client Services Agreement between Client Company and WBS will not affect any agreement for employment or compensation which exists with my Client Company. If the contract between my Client Company and WDS is terminated, my status with WBS will also end on the date of the contract termination.

El acuerdo de arrendo de empleados entre la compañia cliente y WBS no afectara ningun acuerdo de empleo o compensación que existen con mi compañifa cliente. Si el contrato entre mi compañifa cliente y WBS se termina, el estatus de mi contrato también terminará.

If WBS does not receive payment from my Client Company for services which I perform, WBS may then pay me the minimum wage or the legally required minimum salary or overtime pay for that period and I agree to this method of compensation .WBS assumes responsibility for the payment of such minimum wages without regard to payments by Client Company to WBS. I also agree that WBS does not assume responsibility for payment of any bonuses, commissions, severance pay, deferred compensation, profit sharing, vacation, sick, or other paid time off pay, or for any other payment, unless WBS has received in advance full payment for such items from Client Company. If the contract with my Client Company is terminated, my status with WBS will also cease.

Si WBS no recibe pago de mi compañia cliente por los servicios que preste, WBS me pagara el salario minimo, o el salario mfnimo legal, o pagara las horas extras de ese periodo y estoy de acuerdo con este metodo de compensación. WBS asume responsabilidad por el pago de salarios sin tener en cuenta los pagos efectuados por la compañifa cliente a WBS. Tambien estoy de acuerdo en que WBS no asume responsabilidad por pago alguno de bonos, comisiones, indemnizaciones por despido, compensación diferida, compartir utilidades, vacaciones, enfermedad u otro tiempo a pagar, o por cualquier otro pago, donde WBS no ha recibido el pago completo por adelantado para tales prop6sitos por la compafifa cliente. Si se terminara el contrato con mi compania cliente, mi empleo con WBS tambien terminara.



ENTERED
MAY 11 2020
T.W.

EX_64_030

**Drug Testing Authorization**

I agree to comply with any drug/alcohol testing policy, which Workforce Business Services has or may adopt.  I specifically agree to post-accident drug/alcohol testing for any work injury regardless of whether I am able to give consent at that time. This authorization or a photocopy hereof is my authority and consent to post-accident drug/alcohol testing in all instances.

**Autorización para Pruebas de Drogas**

Estoy de acuerdo en cumplir con cualquier póliza de pruebas de drogas/alcohol cual Workforce Business Services (WBS-por sus siglas en Ingles) tenga o pueda adoptar. Yo específicamente estoy de acuerdo a pruebas de drogas/alcohol después de cada accidente de trabajo sin importar si puedo dar consentimiento en ese tiempo. Esta autorización o una fotocopia de esta autorización es mi autoridad y consentimiento para pruebas de drogas/ alcohol en todos los casos.

**Workers' Compensation Medical Authorization Release**

I authorize any physician, medical practitioner, hospital, clinic or other health facility, or employer, to release any and all medical and non-medical information in its possession about me to Workforce Business Services' Workers' Compensation carrier or its legal representatives for purposes of a workers' compensation claim. (Medical information means all information in the posses- sion of or derived from providers of health care regarding the medical history, mental or physical condition, or treatment of me.) I shall comply with the provisions of Florida Statute 440 concerning claims for workers' compensation benefits. If I provide false, misleading or incomplete information to obtain workers' compensation benefits, I may be denied such benefits. I may request and receive a copy of this authorization. A photocopy of this authorization shall be valid as the original.

**Acuerdo de Autorización medica para compensación del trabajador**

Yo autorizo a cualquier doctor, médico practicante, hospital, clínica u otra entidad de salud o empleador, para liberar toda la información médica y no médica en su posesión acerca de mí al portador del seguro de compensación a los trabajadores de Servicios de Personal Empresariales (WBS-por sus siglas en Ingles) o a sus representantes legales para propósitos de una reclamación de compensación de trabajadores (Información médica significa toda la información en posesión de, o derivadas de los proveedores de atención de salud, relacionados con la historia médica, condición física o mental, o con mi tratamiento). Cumpliré con las provisiones del Estatuto 440 de la Florida concerniences a reclamaciones para beneficios de compensación. Si proporciono información falsa, engañosa o incompleta para obtener beneficios de compensación de trabajadores, tales beneficios me pueden ser negados. Puedo solicitar y recibir una copia de esta autorización. Una fotocopia de esta autorización será válida como la original

I agree to promptly and without delay report all accident, injuries, potential safety hazards, safety suggestions and health related issues to my manager.

If I am a new hire, I acknowledge I am hereby notified within 7 days of my employment with client and as a utilized individual with Workforce Business Services that I am being employed on an established 90 day probationary period

Estoy de acuerdo en informar inmediatamente a el gerente todo accidente, lesion, peligros potenciales, sugerencias sobre seguridad y asuntos relacionados con la salud.
Si soy un nuevo empleado, reconozco que por la presente se me notifica dentro de los 7 dias de mi empleo con el cliente, como una persona utilizada con WBS, que estoy siendo empleado en un período de prueba establecido de 90 días.

I certify that I have read, understand, and agree to the conditions and requirements contained in this document, including my authorization for drug testing and for release of my medical and non-medical information.

Yo certifico que he leído entiendo, y acepto las condiciones y requisitos contenidos en este documento, incluyendo mi autorización para pruebas de drogas y para la divulgación de mi información médica y no médica.

Employee Signature (Firma del empleado)X **Dannielle Crowther** Date (Fecha): **05/08/2020**

Employee Name (Nombre del empleado) **Dannielle Crowther**

Date of Birth (Fecha de nacimiento): **05-09-1987**

Address (Dirección): **5302 Fairfield Way**

City, State, Zip (Ciudad, Estado, Zip): **Fort Myers, FL 33919**

Telephone Number (Número telefónico) **2398951052**   Social Security No (No. Seguridad Social) ▮▮▮8990

EX_64_031

**Voluntary EEO Identification** (Identificación del EEO voluntario)

Various agencies of the United States Government require employers to maintain information on applicants pertaining to factors such as race, sex and type of position for which an applicant applies. The information requested here is for compliance with certain record keeping requirements.

Varias entidades del gobierno de Estados Unidos exigen a los empleadores que mantengan información sobre los solicitantes en relación con factores como raza, sexo y tipo de cargo para el cual se presenta el candidato. La información que aquí se solicita es para cumplir con ciertos requisitos de registro.

☐ White (Not of Hispanic or Latino origin) - Origins of Europe, North Africa, or the Middle East. Blanco (No de origen Hispánico ni Latino) – Originario de Europa, África del Norte o del Medio Oriente

☐ Black or African American (Not of Hispanic or Latino origin) - Origins in any of the Black racial groups of Africa. Negro o Afro-Americano (No de origen Hispánico ni Latino) – Orígenes en cualquiera de los grupos raciales negros de África

☐ Hispanic or Latino - Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race. Hispano o Latino – Mexicano, Puertorriqueño, Cubano, Centro o Suramericano o de otra cultura u origen proveniente de España, independientemente de la raza

☐ Asian (Not of Hispanic or Latino origin) - Origins of the Far East, Southeast Asia, the Indian Subcontinent Asiático (no de origen Hispánico ni Latino) – Originario del Lejano Oriente, Sudeste Asiático, o Subcontinente Indio

☐ Native Hawaiian or other Pacific Islander - Origins of Hawaii, Guam, Samoa, or other Pacific Islands. Nativo Hawaiano o de otra Isla del Pacífico – originario de Hawái, Guam, Samoa u otras Islas del Pacífico

☐ American Indian/Alaska Native - Origins of North or South America (including Central America), who maintain tribal affiliation and community recognition. Indígena Americano / Nativo de Alaska - Originario de América del Norte o del Sur (incluyendo América Central) que mantiene su afiliación tribal y reconocimiento de la comunidad.

☐ Two or more races (Not of Hispanic or Latino origin) - All persons who identify with more than one of the listed races. Dos o más razas (No de origen Hispano ni Latino) – Todas las personas que se identifiquen con más de una de las razas mencionadas

☐ If the employee elected not to complete this information, the employer has completed it through visual identification as required by law. Si el empleado decidió no suministrar esta información, el empleador la suministra mediante identificación visual, de conformidad con lo dispuesto por la ley.

## Completed by Client  (Para ser diligenciado por el cliente)

### New Hires (Nuevas Contrataciones)

You must fax, call or email the following information to WBS on or before the new hire starts work: name, WC Code, Social Security Number, Pay Rate and Date of Birth. Workforce Business Services can not pay any employee without receiving this information on or before the employee begins work.  Nor will this employee be covered with workers' compensation coverage until this information has been submitted to us. To report a new hire after hours, please fax or call our offices and leave a detailed message.

WBS tiene que recibir este Informe de Vinculación En la fecha de contratación o antes. Usted puede informar esta nueva contratación a WBS por fax o por teléfono y recibirá un número de identificación de confirmación. Workforce Business Servicesno podrá efectuar pagos a empleados sin el número de identificación del empleado. El empleado tampoco quedará cubierto por la compensación de trabajadores hasta que esta información no haya sido presentada. Para informar sobre alguna contratación fuera de las horas laborales, por favor envíe un fax o llame a nuestras oficinas y deje un mensaje detallado.

**THE UTILIZED INDIVIDUAL ENROLLMENT FORM MUST BE RETURNED TO WBS WITHIN THREE DAYS OF THE DATE OF HIRE.**

EL FORMULARIO DE INSCRIPCIÓN DEL INDIVIDUO UTILIZADO DEBE SER ENVIADO A WBS  DENTRO DE LOS TRES DÍAS SIGUIENTES A LA FECHA DE CONTRATACIÓN.

Employee Name (Nombre del empleado) **Dannielle Crowther**

Client Company Name (Nombre de la Compañía- Cliente): Target Roofing

Department (if applicable) (Departamento) (si es el caso) _____   Job Code (if applicable) (Código de trabajo) (si es el caso) 8810

Rate of Pay (Tasa de pago) $ 1840   weekly   ☐ Hourly (Por hora)   ☐ Salary (Salario)   ☐ Exempt (Exento)   ☐ Non-Exempt (No Exento)

☐ Full Time (Tiempo completo)   ☐ Part Time (Medio Tiempo)   Work Comp. Code (Código Compensación Trabajadores) _____

From the EEO job classifications listed, which one best describes the employee's position?
¿De las clasificaciones de trabajos mencionadas, cuál es la que describe mejor el cargo del empleado?

☐ 1.1 - Executive/Senior Level Officers and Managers (Ejecutivo/Funcionarios y gerentes de nivel superior)

☐ 1.2 - First / Mid Level Officers and Managers (Funcionarios y gerentes de primer nivel/nivel medio)

☐ 2 - Professionals (Profesionales)

☐ 3 - Technicians (Técnicos)

☐ 4 - Sales (Vendedores)

☐ 5 -Office and Clerical (Oficina y administrativo)

☐ 6 - Craft Workers (skilled) (Artesanos (capacitados))

☐ 7 - Operative (semi-skilled) (Operarios (capacitación media))

☐ 8 - Laborers (unskilled) (Obreros (no capacitados) )

☐ 9 - Service Workers (Trabajadores de servicios)

Job Description (Descripción del trabajo) _____

Original Date of Hire (Fecha de contratación original) _____

EX_64_032

Form **W-4**

Department of the Treasury
Internal Revenue Service

## Employee's Withholding Certificate

▶ Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.
▶ Give Form W-4 to your employer.
▶ Your withholding is subject to review by the IRS.

OMB No. 1545-0074

**2020**

| Step 1:<br>Enter<br>Personal<br>Information | (a) First name and middle initial<br>Dannielle C | Last name<br>Crowther | (b) Social security number<br>■■■ 8990 |
|---|---|---|---|
| | Address<br>5302 fairfield way | | ▶ Does your name match the name on your social security card? If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov. |
| | City or town, state, and ZIP code<br>Fort Myers, FL 33919 | | |

(c) ☐ Single or Married filing separately
☐ Married filing jointly (or Qualifying widow(er))
☑ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the online estimator, and privacy.

| Step 2:<br>Multiple Jobs<br>or Spouse<br>Works | Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.<br><br>Do only one of the following.<br><br>(a) Use the estimator at *www.irs.gov/W4App* for most accurate withholding for this step (and Steps 3–4); or<br><br>(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; or<br><br>(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . . . . ▶ ☐<br><br>**TIP:** To be accurate, submit a 2020 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator. |
|---|---|

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs. Leave those steps blank for the other jobs.** (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

| Step 3:<br>Claim<br>Dependents | If your income will be $200,000 or less ($400,000 or less if married filing jointly): | | |
|---|---|---|---|
| | Multiply the number of qualifying children under age 17 by $2,000 ▶ $ | 6,000 | |
| | Multiply the number of other dependents by $500 . . . . ▶ $ | | |
| | Add the amounts above and enter the total here . . . . . . . . . . . . . | 3 $ | 6000 |

| Step 4<br>(optional):<br>Other<br>Adjustments | (a) Other income (not from jobs). If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . . . | 4(a) $ |
|---|---|---|
| | (b) Deductions. If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . . | 4(b) $ |
| | (c) Extra withholding. Enter any additional tax you want withheld each pay period | 4(c) $ |

| Step 5:<br>Sign<br>Here | Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete. |
|---|---|
| | ▶ **Dannielle Crowther**<br>Employee's signature (This form is not valid unless you sign it.) | ▶ 05/08/2020<br>Date |

| Employers<br>Only | Employer's name and address<br>Target Roofing & Sheet Metal, Inc.  1841 Ortiz Ave Fort Myers FL 33905 | First date of employment<br><br>05/11/2020 | Employer identification number (EIN)<br><br>11-1111111 |
|---|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 3.    Cat. No. 10220Q    Form **W-4** (2020)

EX_64_033

*578235*

**Tracy Wetter**

| | |
|---|---|
| **From:** | webchanges@gowbs.com |
| **Sent:** | Tuesday, June 16, 2020 9:29 AM |
| **To:** | twetter@gowbs.com |
| **Subject:** | Web Termination From - 2110132 |

An employee was terminated on the web by 054554.

JUN 16 2020

R.D.

Dannielle C   Crowther
SSN:████8990
EE id: 21101320637

Term date: 6/5/2020
Date entered on web: 2020-06-16
Time entered on web: 09:29:14

Term type: Resignation
Term notes:

Please do not respond to this message.  It is an automated message sent to you from the server.

**Confidentiality Notice:**  This message is intended only for the named recipient(s) and may contain confidential information that is privileged or exempt from disclosure under applicable law.  If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited.  If you received this message and are not the intended recipient, please notify the sender immediately by return e-mail and delete all copies of the message.  Do not forward or otherwise copy the message.

10

EX_64_034

Crowther, Dannielle C
13302 Fairfield Way
Fort Myers, FL 33919

Period: 01/01/20 to 11/05/20

| Workforce Business Services 12 | Target Roofing & Sheet Metal | Federal Tax Setup: | Local Tax 1: |
|---|---|---|---|
| SocSecNum: XXX-XX-8990 | Company Hire Date: 05/08/20 | State Tax Setup: FL | S 00 Local Tax 2: |
| WkComp Code: FL-8810 | Subscriber Hire Dt: 05/08/20 | Status: Full Time Term'd | .00 Local Tax 3: |
| Pay Rate 1: 1840.000 SALARY | Birthdate: 05/09/87 | Termination Date: 06/05/20 | |
| Pay Rate 2: .000 | Insurance Codes: NN | Dept 1: | |
| Pay Cycle: WEEKLY | | Dept 2: | |
| | | Period: 01/01/20 to 11/05/20 | |

| | | HOURS | | | EARNINGS | | | GROSS | TAXES | | | | DEDUCTIONS | | | DIRECT | NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHECKDATE | RATE | REGULAR | OVERTIME | OTHER | REGULAR | OVERTIME | OTHER | PAY | FEDERAL | FICA | STATE | LOCAL | 401K | INSURANCE | OTHER | DEPOSIT | PAY |
| 05/15/20 | 46.000 | .000 | .000 | .000 | 1840.30 | .00 | .00 | 1840.00 | 242.53 | 140.76 | .00 | .00 | .00 | .00 | .00 | 1456.71 | 1456.71 |
| 05/22/20 | 46.000 | .000 | .000 | .000 | 1840.30 | .00 | .00 | 1840.00 | 242.53 | 140.76 | .00 | .00 | .00 | .00 | .00 | 1456.71 | 1456.71 |
| 05/29/20 | 46.000 | .000 | .000 | .000 | 1840.30 | .00 | .00 | 1840.00 | 242.53 | 140.76 | .00 | .00 | .00 | .00 | .00 | 1456.71 | 1456.71 |
| 06/05/20 | 46.000 | .000 | .000 | .000 | 1840.00 | .00 | .00 | 1840.00 | 242.53 | 140.76 | .00 | .00 | .00 | .00 | .00 | .00 | 1456.71 |
| TOTALS | | 160.000 | .000 | .000 | 7360.30 | .00 | .00 | 7360.00 | 970.12 | 563.04 | .00 | .00 | .00 | .00 | .00 | 4370.13 | 5826.84 |

| Earnings Hours | | Earnings Amounts | | Taxes | | Deductions | |
|---|---|---|---|---|---|---|---|
| Regular | 160.00 | Regular | 7360.00 | Federal | 973.12 | Direct Deposit | 4370.13 |
| | | | | FICA - OASDI | 456.32 | | |
| | | | | FICA - Medicare | 106.72 | | |

EX_64_035

# Check Inquiry Summary

**BANK OF AMERICA** 🇲

Account Number:   898050591768

Account Name:   WORKFORCE BUSINESS SERVICES INC

Bank ID:   063100277





## Check Details

Check Number: 2910226

Account Number: 898050591768

Account Name: WORKFORCE
BUSINESS
SERVICES INC

Bank ID: 063100277

**Amount:** 1,456.71

**Posted Date:** 01-Jun-2020

**Paid Date:** 01-Jun-2020

## Electronic Endorsement Information

### BOFD - Bank Of First Deposit

Bank Name: WELLS FARGO BANK, NA (BOFD)

Date: 01-Jun-2020

R/T: 91000019

Sequence Number: 000006386909782

Bank Name: BANK OF AMERICA, NA

Date: 01-Jun-2020

R/T: 111012822

Sequence Number: 009492671409

1

EX_64_036

```
** Crowther, Dannielle              1/5 Type/Seq:C01-New  Batch:121  PC:W-
   21101320637:Target Roofing & Sheet Metal    SSN: 8990   Op-Yr:pjd-2020
-------------------------------------------------------------------------------
Check# B2-2910226  Date: 05/15/20  PerBeg: 05/04/20  PerEnd: 05/10/20  Entry: LD
-------------------------------------------------------------------------------
Type        Description                   Basis   Rate/Hrs   Amount
-------------------------------------------------------------------------------
Earn        A01 Regular                   46.00     40.00    1840.00
Tax         CFE Federal                  1840.00     22.00     242.53
Tax         CFI FICA - OASDI             1840.00      6.20     114.08
Tax         CFJ FICA - Medicare          1840.00      1.45      26.68
Tax         CFL Florida                  1840.00       .00        .00
Billed      FFI FICA - OASDI             1840.00               114.08
Billed      FFJ FICA - Medicare          1840.00                26.68
Billed      FFL FL - SUI                 1840.00                31.28
Billed      FFU FUTA                     1840.00                11.04
Billed      DAF Admin Fee                1840.00                13.80
Billed      FWC W/C                      1840.00                 1.82
-------------------------------------------------------------------------------
Gross:  1840.00   Ded:         .00   Tax:   -383.29   Contr:    198.70
** Net Check **        $1,456.71 **
-------------------------------------------------------------------------------


** Crowther, Dannielle              2/5 Type/Seq:V01-Old  Batch:129  PC: -
   21101320637:Target Roofing & Sheet Metal    SSN: 8990   Op-Yr:pjd-2020
-------------------------------------------------------------------------------
Check# B2-2914008  Date: 05/22/20  PerBeg:          PerEnd: 05/17/20  Entry: L
-------------------------------------------------------------------------------
Type        Description                   Basis   Rate/Hrs   Amount
-------------------------------------------------------------------------------
-------------------------------------------------------------------------------
Gross:       .00   Ded:         .00   Tax:        .00   Contr:        .00
** Net Check **          $.00 **
-------------------------------------------------------------------------------
```

EX_64_037

```
** Crowther, Dannielle           3/5 Type/Seq:D01-New  Batch:129  PC:W-
   21101320637:Target Roofing & Sheet Metal   SSN: 8990   Op-Yr:pjd-2020
--------------------------------------------------------------------------
Check# B2-2914235  Date: 05/22/20  PerBeg: 05/11/20  PerEnd: 05/17/20  Entry: LD
--------------------------------------------------------------------------
Type       Description                   Basis  Rate/Hrs    Amount
--------------------------------------------------------------------------
Earn       A01 Regular                   46.00     40.00   1840.00
Ded        B1D Direct Deposit              .00       .00   1456.71
Tax        CFE Federal                 1840.00     22.00    242.53
Tax        CFI FICA - OASDI            1840.00      6.20    114.08
Tax        CFJ FICA - Medicare         1840.00      1.45     26.68
Tax        CFL Florida                 1840.00       .00       .00
Billed     FFI FICA - OASDI            1840.00              114.08
Billed     FFJ FICA - Medicare         1840.00               26.68
Billed     FFL FL - SUI                1840.00               31.28
Billed     FFU FUTA                    1840.00               11.04
Billed     DAF Admin Fee               1840.00               13.80
Billed     FWC W/C                     1840.00                1.82
--------------------------------------------------------------------------
Gross:  1840.00   Ded:  -1456.71   Tax:  -383.29   Contr:   198.70
** Net Check **              $.00 **
--------------------------------------------------------------------------

** Crowther, Dannielle           4/5 Type/Seq:D01-New  Batch:133  PC:W-
   21101320637:Target Roofing & Sheet Metal   SSN: 8990   Op-Yr:pjd-2020
--------------------------------------------------------------------------
Check# B2-2918336  Date: 05/29/20  PerBeg: 05/18/20  PerEnd: 05/24/20  Entry: LD
--------------------------------------------------------------------------
Type       Description                   Basis  Rate/Hrs    Amount
--------------------------------------------------------------------------
Earn       A01 Regular                   46.00     40.00   1840.00
Ded        B1D Direct Deposit              .00       .00   1456.71
Tax        CFE Federal                 1840.00     22.00    242.53
Tax        CFI FICA - OASDI            1840.00      6.20    114.08
Tax        CFJ FICA - Medicare         1840.00      1.45     26.68
Tax        CFL Florida                 1840.00       .00       .00
Billed     FFI FICA - OASDI            1840.00              114.08
Billed     FFJ FICA - Medicare         1840.00               26.68
Billed     FFL FL - SUI                1840.00               31.28
Billed     FFU FUTA                    1840.00               11.04
Billed     DAF Admin Fee               1840.00               13.80
Billed     FWC W/C                     1840.00                1.82
--------------------------------------------------------------------------
Gross:  1840.00   Ded:  -1456.71   Tax:  -383.29   Contr:   198.70
** Net Check **              $.00 **
--------------------------------------------------------------------------
```

EX_64_038

```
** Crowther, Dannielle              5/5 Type/Seq:D01-New  Batch:140  PC:W-
   21101320637:Target Roofing & Sheet Metal    SSN: 8990   Op-Yr:pjd-2020
------------------------------------------------------------------------------
Check# B2-2921897  Date: 06/05/20  PerBeg: 05/25/20  PerEnd: 05/31/20  Entry: LD
------------------------------------------------------------------------------
Type       Description                       Basis   Rate/Hrs    Amount
------------------------------------------------------------------------------
Earn       A01 Regular                       46.00      40.00   1840.00
Ded        B1D Direct Deposit                  .00        .00   1456.71
Tax        CFE Federal                      1840.00      22.00    242.53
Tax        CFI FICA - OASDI                 1840.00       6.20    114.08
Tax        CFJ FICA - Medicare              1840.00       1.45     26.68
Tax        CFL Florida                      1840.00        .00       .00
Billed     FFI FICA - OASDI                 1840.00               114.08
Billed     FFJ FICA - Medicare              1840.00                26.68
Billed     FFL FL - SUI                     1480.00                25.16
Billed     FFU FUTA                         1480.00                 8.88
Billed     DAF Admin Fee                    1840.00                13.80
Billed     FWC W/C                          1840.00                 1.82
------------------------------------------------------------------------------
Gross:  1840.00    Ded:  -1456.71    Tax:  -383.29    Contr:   190.42
** Net Check **            $.00 **
------------------------------------------------------------------------------
```

```
21101320637:Crowther, Dannielle C        Target Roofing & Sheet Metal
Totals for all checks YTD
------------------------------------------------------------------------
A01    Regular                      160.00              7360.00
B1D    Direct Deposit                  .00              4370.13
CFE    Federal                     7360.00               970.12
CFI    FICA - OASDI                7360.00               456.32
CFJ    FICA - Medicare             7360.00               106.72
CFL    Florida                     7360.00                  .00
DAF    Admin Fee                   7360.00                55.20
DFI    FICA - OASDI                7360.00               456.32
DFJ    FICA - Medicare             7360.00               106.72
DFL    FL - SUI                    7000.00               119.00
DFU    FUTA                        7000.00                42.00
DWC    W/C                         7360.00                 7.28
```

EX_64_040

```
-------------------------------------------------------------------------------
Employee   : 21-10-132-0638   *** Robinson, Aaron J ***
Client ....: Target Roofing & Sheet Metal                          11/05/20
-------------------------------------------------------------------------------
                          mployee Information Sheet >>>

    Soc-Sec-Num .: XXX-XX-3511               Co. Hire Date : 05/08/20
    Status Code .: T - Terminated            Sub. Hire Date: 05/08/20
    Address1 ....: 5302 Fairfield Way        Orig Hire Date: 05/08/20
    Address2 ....:                           Pay Period ...: Weekly
    City ........: Fort Myers                Pay Type .....: Salary
    State .......: FL   Zip: 33919           Full/Part-Time: Full-Time
    Home Phone ..:                           Employee Type :
    Work Phone ..: (239) 332-5707            Termination Dt: 06/05/20
    Occupation ..: clerical                  Termination Cd: Y
    Unique Key ..: 0000578236
    EEO Job Cat  : 5                         County Code ... 12071
    -----------------------------------------------------------------------
    Pay Rate -- Hours - Eff.Date
    1,840.00    40.00   05/08/20

---------------------- << Miscellaneous Information >> ----------------------
    Sex .........: Male          Emergency Contact:
    Race ........: White         Relationship ....:
    Vet Status ..: Unknown       Phone (Contact) .:
    Birth Date ..: 03/19/83      Handbook Ed:          Tag :
    Leave/Abs Beg: 00/00/00      Date Recv'd: 00/00/00  Mail:
    Leave/Abs End: 00/00/00                        Dept  Percent
    Anniversary .: 05/08/21      Labor Dept 1 .....:       0.00
    Review Date .: 08/08/20      Labor Dept 2 .....:       0.00
    I-9 Form ....: Y             Labor Dept 3 .....:       0.00
    Alien Exp. ..: 00/00/00      Labor Dept 4 .....:       0.00


------------------------ << Employee Benefits >> ---------------------------

    Employee Life Ins:     Birthdate: 03/19/83  37 yrs    Uses Tobacco:
    Flex Plan ...: Y   Key EE: N   Accrual Start Date: 05/11/20
    Direct Dep. .: N             Vac/Sick Factors .:  0.0000 0.0000
    Elig Strt Dt : 05/08/20      Credit Union Date : 00/00/00
    Effective Dt : 06/01/20      Credit Union Acct#:
    Elig Ltr Sent: 00/00/00      Bank Account Code : B2

----------------------- << Tax Table Information >> ------------------------
   *InUse Fed: Stat 2c Kids Deps Oth Inc Deducts ExtraWh KidsAmt DepsAmt
     *New W4:   S   N  00   00    0     0      0    .00
               ST  Status  Exemptions  Extra W/H
      Old W4:        S                                       EIC:
      State W: FL             00           .00
      Wk Comp: FL-8810                  SUI ...: FL
      Local 1:          Local 2:        Local 3:
```



**TO BE COMPLETED BY THE BUSINESS OWNER**
Client Company _____ Client # _____

**Employee Name:** Aaron Robinson

578236-8 (5)

# Florida Enrollment Form

## Acknowledgment

I hereby acknowledge my current employer (Client Company) has entered into an Client Services Agreement contract with Workforce Business Services (WBS). Through this contract WBS will provide Client Company with certain professional employer services and during the term of the contract I will be a utilized individual with WBS. I will remain an employee of Client Company and Client Company will continue to have control over my day-to-day job duties and the work site. Client Company will also continue to provide all on site supervision, including but not limited to, determining my job assignments and training requirments, evaluating my peformance and establishing pay rates. WBS will not have an on-site supervisor or representative at my work-site .

### Reconocimiento del a endamiento de empleados

Por la presente reconozco que he sido infotilado de que mi empleador actual (compañia cliente) ha entrado en un acuerdo con Servicios de Personal Empresariales (WBS sus iniciales) A traves de este contrato, WBS proporcionara a la compañia cliente ciertos servicios profesionales de empleadores. En virtud de este acuerdo la compañia cliente y WBS se convertiran en Co-Empleadores. Bajo esta relación de Co Empleadores, sere un empleado por arrendo do WBS, asignado unicamente y exclusivamente a la compañia cliente. WBS se reserva el derecho de dirección y control sobre los empleados arrendados asignados al lugar de trabajo de la compañia cliente. Continuare siendo un empleado de la compañia cliente y la   compañia cliente seguira teniendo control sobre mis funciones de trabajo diarias y mi lugar de trabajo. La compañia cliente tambien continuara prestando toda la supervision en el lugar de trabajo, incluyendo pero no limitandose n detollilinar la asignación do mi trabajo y los requisitos de entrenamiento, evaluación de mi desempeño y establecimiento de tasas salariales. WBS  no tendra un supervisor o representante en mi lugar de trabajo

The Client Services Agreement between Client Company and WBS will not affect any agreement for employment or compensation which exists with my Client Company. If the contract between my Client Company and WBS is terminated, my status with WBS will also end on the date of the contract termination.

El acuerdo de arrendo de empleados entre la compañia cliente y WBS no afectara ningun acuerdo de empleo o compensación que existen con mi compañia cliente. Si el contrato entre mi compañia cliente y WBS se termina, el estatus de mi contrato también terminará.

If WBS does not receive payment from my Client Company for services which I perform, WBS may then pay me the minimum wage or the legally required minimum salary or overtime pay for that period and I agree to this method of compensation .WBS assumes responsibility for the payment of such minimum wages without regard to payments by Client Company to WBS. I also agree that WBS does not assume responsibility for payment of any bonuses, commissions, severance pay, deferred compensation, profit sharing, vacation, sick, or other paid time off pay, or for any other payment, unless WBS has received in advance full payment for such items from Client Company. If the contract with my Client Company is terminated,  my status with WBS will also cease.

Si WBS no recibe pago de mi compañia cliente por los servicios que preste, WBS me pagara el salario minimo, o el salario mínimo legal, o pagara las horas extras de ese periodo y estoy de acuerdo con este metodo de compensación. WBS asume responsabilidad por el pago de salarios sin tener en cuenta los pagos efectuados por la compañia cliente a WBS. Tambien estoy de acuerdo en que WBS no asume responsabilidad por pago alguno de bonos, comisiones,  indemnizaciones por despido, compensación diferida, compartir utilidades, vacaciones, enfermedad u otro tiempo a pagar, o por cualquier otro pago, donde WBS no ha recibido el pago completo por adelantado para tales propósitos por la compañia cliente. Si se terminara el contrato con mi compania cliente, mi empleo con WBS tambien terminara.

ENTERED
MAY 13 2020
T.W.

EX_64_042

**Drug Testing Authorization**

I agree to comply with any drug/alcohol testing policy, which Workforce Business Services has or may adopt. I specifically agree to post-accident drug/alcohol testing for any work injury regardless of whether I am able to give consent at that time. This authorization or a photocopy hereof is my authority and consent to post-accident drug/alcohol testing in all instances.

**Autorización para Pruebas de Drogas**

Estoy de acuerdo en cumplir con cualquier póliza de pruebas de drogas/alcohol cual Workforce Business Services (WBS-por sus siglas en Ingles) tenga o pueda adoptar. Yo específicamente estoy de acuerdo a pruebas de drogas/alcohol después de cada accidente de trabajo sin importar si puedo dar consentimiento en ese tiempo. Esta autorización o una fotocopia de esta autorización es mi autoridad y consentimiento para pruebas de drogas/ alcohol en todos los casos.

**Workers' Compensation Medical Authorization Release**

I authorize any physician, medical practitioner, hospital, clinic or other health facility, or employer, to release any and all medical and non-medical information in its possession about me to Workforce Business Services' Workers' Compensation carrier or its legal representatives for purposes of a workers' compensation claim. (Medical information means all information in the possession of or derived from providers of health care regarding the medical history, mental or physical condition, or treatment of me ) I shall comply with the provisions of Florida Statute 440 concerning claims for workers' compensation benefits. If I provide false, misleading or incomplete information to obtain workers' compensation benefits, I may be denied such benefits. I may request and receive a copy of this authorization. A photocopy of this authorization shall be valid as the original.

**Acuerdo de Autorización medica para compensación del trabajador**

Yo autorizo a cualquier doctor, médico practicante, hospital, clínica u otra entidad de salud o empleador, para liberar toda la información médica y no médica en su posesión acerca de mi al portador del seguro de compensación a los trabajadores de Servicios de Personal Empresariales (WBS-por sus siglas en Ingles) o a sus representantes legales para propósitos de una reclamación de compensación de trabajadores (Información médica significa toda la información en posesión de, o derivadas de los proveedores de atención de salud, relacionados con la historia médica, condición física o mental, o con mi tratamiento). Cumpliré con las provisiones del Estatuto 440 de la Florida concernientes a reclamaciones para beneficios de compensación. Si proporciono información falsa, engañosa o incompleta para obtener beneficios de compensación de trabajadores, tales beneficios me pueden ser negados. Puedo solicitar y recibir una copia de esta autorización. Una fotocopia de esta autorización será válida como la original.

I agree to promptly and without delay report all accident, injuries, potential safety hazards, safety suggestions and health related issues to my manager.

If I am a new hire, I acknowledge I am hereby notified within 7 days of my employment with client and as a utilized individual with Workforce Business Services that I am being employed on an established 90 day probationary period

Estoy de acuerdo en informar inmediatamente a al gerente todo accidente, lesion, peligros potenciales, sugerencias sobre seguridad y asuntos relacionados con la salud.
Si soy un nuevo empleado, reconozco que por la presente se me notifica dentro de los 7 dias de mi empleo con el cliente, como una persona utilizada con WBS, que estoy siendo empleado en un periodo de prueba establecido de 90 días.

I certify that I have read, understand, and agree to the conditions and requirements contained in this document, including my authorization for drug testing and for release of my medical and non-medical information.

Yo certifico que he leído entiendo, y acepto las condiciones y requisitos contenidos en este documento, incluyendo mi autorización para pruebas de drogas y para la divulgación de mi información médica y no médica.

Employee Signature (Firma del empleado)X _Aaron Robinson_ Date (Fecha): 05/08/2020

Employee Name (Nombre del empleado) _Aaron Forte Robinson_

Date of Birth (Fecha de nacimiento): _3/19/1983_

Address (Dirección): _5302 Fairfield Way_

City, State, Zip (Ciudad, Estado, Zip): _Fort Myers FL 33919_

Telephone Number (Número telefónico) _____ Social Security No (No. Seguridad Social): _____

EX_64_043

**Voluntary EEO Identification** (Identificación del EEO voluntario)

Various agencies of the United States Government require employers to maintain information on applicants pertaining to factors such as race, sex and type of position for which an applicant applies. The information requested here is for compliance with certain record keeping requirements.

Varias entidades del gobierno de Estados Unidos exigen a los empleadores que mantengan información sobre los solicitantes en relación con factores como raza, sexo y tipo de cargo para el cual se presenta el candidato. La información que aquí se solicita es para cumplir con ciertos requisitos de registro.

☐ White (Not of Hispanic or Latino origin) - Origins of Europe, North Africa, or the Middle East. Blanco (No de origen Hispánico ni Latino) – Originario de Europa, África del Norte o del Medio Oriente

☐ Black or African American (Not of Hispanic or Latino origin) - Origins in any of the Black racial groups of Africa. Negro o Afro-Americano (No de origen Hispánico ni Latino) – Orígenes en cualquiera de los grupos raciales negros de África

☐ Hispanic or Latino - Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race. Hispano o Latino – Mexicano, Puertorriqueño, Cubano, Centro o Suramericano o de otra cultura u origen proveniente de España, independientemente de la raza

☐ Asian (Not of Hispanic or Latino origin) - Origins of the Far East, Southeast Asia, the Indian Subcontinent. Asiático (no de origen Hispánico ni Latino) – Originario del Lejano Oriente, Sudeste Asiático, o Subcontinente Indio

☐ Native Hawaiian or other Pacific Islander - Origins of Hawaii, Guam, Samoa, or other Pacific Islands. Nativo Hawaiano o de otra Isla del Pacífico – originario de Hawái, Guam, Samoa u otras Islas del Pacífico

☐ American Indian/Alaska Native - Origins of North or South America (including Central America), who maintain tribal affiliation and community recognition. Indígena Americano / Nativo de Alaska - Originario de América del Norte o del Sur (incluyendo América Central) que mantiene su afiliación tribal y reconocimiento de la comunidad.

☐ Two or more races (Not of Hispanic or Latino origin) - All persons who identify with more than one of the listed races. Dos o más razas (No de origen Hispano ni Latino) – Todas las personas que se identifiquen con más de una de las razas mencionadas

☐ If the employee elected not to complete this information, the employer has completed it through visual identification as required by law. Si el empleado decidió no suministrar esta información, el empleador la suministra mediante identificación visual, de conformidad con lo dispuesto por la ley.

## Completed by Client  (Para ser diligenciado por el cliente)

### New Hires (Nuevas Contrataciones)

You must fax, call or email the following information to WBS on or before the new hire starts work: name, WC Code, Social Security Number, Pay Rate and Date of Birth. Workforce Business Services can not pay any employee without receiving this information on or before the employee begins work.  Nor will this employee be covered with workers' compensation coverage until this information has been submitted to us. To report a new hire after hours, please fax or call our offices and leave a detailed message.

WBS tiene que recibir esta Informe de Vinculación En la fecha de contratación o antes. Usted puede informar esta nueva contratación a WBS por fax o por teléfono y recibirá un número de identificación de confirmación. Workforce Business Servicesno podrá efectuar pagos a empleados sin el número de identificación del empleado. El empleado tampoco quedará cubierto por la compensación de trabajadores hasta que esta información no haya sido presentada. Para informar sobre alguna contratación fuera de las horas laborales, por favor envíe un fax o llame a nuestras oficinas y deje un mensaje detallado.

**THE UTILIZED INDIVIDUAL ENROLLMENT FORM MUST BE RETURNED TO WBS WITHIN THREE DAYS OF THE DATE OF HIRE.**

EL FORMULARIO DE INSCRIPCIÓN DEL INDIVIDUAL UTILIZADO DEBE SER ENVIADO A WBS  DENTRO DE LOS TRES DÍAS SIGUIENTES A LA FECHA DE CONTRATACIÓN.

Employee Name (Nombre del empleado) _Awan Bawamooi_

Client Company Name (Nombre de la Compañía- Cliente): _Target Roofing_

Department (if applicable) (Departamento) (si es el caso) _____   Job Code (if applicable) (Código de trabajo) (si es el caso) _8810_

Rate of Pay (Tasa do pago) $ _1840 weekly_   ☐ Hourly (Por hora)   ☑ Salary (Salario)   ☐ Exempt (Exento)   ☐ Non-Exempt (No Exento)

☐ Full Time (Tiempo completo)   ☐ Part Time (Medio Tiempo)   Work Comp. Code (Código Compensación Trabajadores) _____

From the EEO job classifications listed, which one best describes the employee's position?
¿De las clasificaciones de trabajos mencionadas, cuál es la que describe mejor el cargo del empleado?

☐ 1.1 - Executive/Senior Level Officers and Managers (Ejecutivo/Funcionarios y gerentes de nivel superior)

☐ 1.2 - First / Mid Level Officers and Managers (Funcionarios y gerentes de primer nivel/nivel medio)

☐ 2 - Professionals (Profesionales)

☐ 3 - Technicians (Técnicos)

☐ 4 - Sales (Vendedores)

☑ 5 - Office and Clerical (Oficina y administrativo)

☐ 6 - Craft Workers (skilled) (Artesanos (capacitados))

☐ 7 - Operative (semi-skilled) (Operarios (capacitación media))

☐ 8 - Laborers (unskilled) (Obreros (no capacitados) )

☐ 9 - Service Workers (Trabajadores de servicios)

Job Description (Descripción del trabajo) _____

Original Date of Hire (Fecha de contratación original) _____

EX_64_044

| Form **W-4** | Employee's Withholding Certificate | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. ▶ Give Form W-4 to your employer. ▶ Your withholding is subject to review by the IRS. | **2020** |

**Step 1:**
**Enter**
**Personal**
**Information**

| (a) First name and middle initial | Last name | (b) Social security number |
|---|---|---|
| Aaron J | Robinson | ████ 3511 |
| Address | | ▶ Does your name match the name on your social security card? If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov. |
| 5302 Fairfield Way | | |
| City or town, state, and ZIP code | | |
| Fort Myers, FL 33919 | | |

(c) ☒ Single or Married filing separately
☐ Married filing jointly (or Qualifying widow(er))
☐ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the online estimator, and privacy.

**Step 2:**
**Multiple Jobs**
**or Spouse**
**Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do only one of the following.

(a) Use the estimator at *www.irs.gov/W4App* for most accurate withholding for this step (and Steps 3–4); or

(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; or

(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . . . . ▶ ☐

**TIP:** To be accurate, submit a 2020 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3:**
**Claim**
**Dependents**

If your income will be $200,000 or less ($400,000 or less if married filing jointly):

| | | | |
|---|---|---|---|
| Multiply the number of qualifying children under age 17 by $2,000 ▶ $ | | | |
| Multiply the number of other dependents by $500 . . . . ▶ $ | | | |
| Add the amounts above and enter the total here . . . . . . . . . . . | | **3** | $ 0 |

**Step 4**
**(optional):**
**Other**
**Adjustments**

(a) Other income (not from jobs). If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . | **4(a)** | $

(b) Deductions. If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . . . . . | **4(b)** | $

(c) Extra withholding. Enter any additional tax you want withheld each pay period . | **4(c)** | $

**Step 5:**
**Sign**
**Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

| ▶ Aaron Robinson | 05/08/2020 |
|---|---|
| Employee's signature (This form is not valid unless you sign it.) | Date |

**Employers**
**Only**

| Employer's name and address | First date of employment | Employer identification number (EIN) |
|---|---|---|
| Target Roofing & Sheet Metal, Inc.  1841 Ortiz Ave Fort Myers FL 33905 | 05/11/2020 | 11-1111111 |

For Privacy Act and Paperwork Reduction Act Notice, see page 3.   Cat. No. 10220Q   Form **W-4** (2020)

EX_64_045

**Direct Deposit Information**

**Employee:** Aaron Robinson



578736

---

**Account 1**

**Deposit To:** Bank Account

**Routing #:** ▮▮▮▮▮

**Financial Institution:** Fifth Third

**Account #:** ▮▮▮▮0535

**Account Type:** Checking

**Amount:** 100.00%

ENTERED
MAY 1 5 2020
T.W.

Page 1 of 1

EX_64_046

578236

①

**Tracy Wetter**

| | |
|---|---|
| **From:** | webchanges@gowbs.com |
| **Sent:** | Tuesday, June 16, 2020 10:28 AM |
| **To:** | twetter@gowbs.com |
| **Subject:** | Web Termination From - 2110132 |

JUN 16 2020
R.D.

An employee was terminated on the web by 054554.

Aaron J      Robinson
SSN: ███-3511
EE id: 21101320638

Term date: 6/5/2020
Date entered on web: 2020-06-16
Time entered on web: 10:28:18

Term type: Involuntary
Term notes:

Please do not respond to this message. It is an automated message sent to you from the server.

Confidentiality Notice: This message is intended only for the named recipient(s) and may contain confidential information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you received this message and are not the intended recipient, please notify the sender immediately by return e-mail and delete all copies of the message. Do not forward or otherwise copy the message.

8

EX_64_047

Robinson, Aaron J
CS302 Fairfield Way
Fort Myers, FL 33919

Period: 01/01/20 to 11/05/20

Workforce Business Services 12
SocSecNum: XXX-XX-1511
WkComp Code: FL-8810
Pay Rate 1: 1840.000 SALARY
Pay Rate 2: .000
Pay Cycle: WEEKLY

Target Roofing & Sheet Metal
Company Hire Date: 05/08/20
Subscriber Hire Dt: 05/08/20
Birthdate: 03/19/83
Insurance Codes: NN

Federal Tax Setup: S
State Tax Setup: FL 00
Termination Date: Term'd
Period: 06/05/20

Local Tax 1: .00
Local Tax 2: .00
Local Tax 3: .00

Dept 1:
Dept 2:

Period: 01/01/20 to 11/05/20

| CHECKDATE | RATE | HOURS | | | EARNINGS | | | GROSS PAY | TAXES | | | | DEDUCTIONS | | | DIRECT DEPOSIT | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REGULAR | OVERTIME | OTHER | REGULAR | OVERTIME | OTHER | | FEDERAL | FICA | STATE | LOCAL | 401K | INSURANCE | OTHER | | |
| 05/15/20 | 46.00 | 40.000 | .000 | .000 | 1840.00 | .00 | .00 | 1840.00 | 271.38 | 140.76 | .00 | .00 | .00 | .00 | .00 | .00 | 1427.86 |
| 05/22/20 | 46.00 | 40.000 | .000 | .000 | 1840.00 | .00 | .00 | 1840.00 | 271.38 | 140.76 | .00 | .00 | .00 | .00 | .00 | .00 | 1427.86 |
| 05/29/20 | 46.00 | 40.000 | .000 | .000 | 1840.00 | .00 | .00 | 1840.00 | 271.38 | 140.76 | .00 | .00 | .00 | .00 | .00 | .00 | 1427.86 |
| 06/05/20 | 46.00 | 40.000 | .000 | .000 | 1840.00 | .00 | .00 | 1840.00 | 271.38 | 140.76 | .00 | .00 | .00 | .00 | .00 | .00 | 1427.86 |
| TOTALS | | 160.000 | .000 | .000 | 7360.00 | .00 | .00 | 7360.00 | 1085.52 | 563.04 | .00 | .00 | .00 | .00 | .00 | .00 | 5711.44 |

| Earnings Hours | | Earnings Amounts | | Taxes | | Deductions | |
|---|---|---|---|---|---|---|---|
| Regular | 160.00 | Regular | 7360.00 | Federal | 1085.52 | | |
| | | | | FICA - OASDI | 456.32 | | |
| | | | | FICA - Medicare | 106.72 | | |

EX_64_048

## Check Inquiry Summary

**BANK OF AMERICA**

Account Number:   898050591768

Account Name:   WORKFORCE BUSINESS SERVICES INC

Bank ID:   063100277





### Check Details

Check Number: 2910316

Account Number: 898050591768

Account Name: WORKFORCE BUSINESS SERVICES INC

Bank ID: 063100277

Amount: 1,427.86

Posted Date: 01-Jun-2020

Paid Date: 01-Jun-2020

### Electronic Endorsement Information

**BOFD - Bank Of First Deposit**

Bank Name: FIFTH THIRD BANK, NA (BOFD)

Date: 01-Jun-2020

R/T: 42000314

Sequence Number: 006014351578661

Bank Name: BANK OF AMERICA, NA

Date: 01-Jun-2020

R/T: 111012822

Sequence Number: 005492150668

1

EX_64_049

```
** Robinson, Aaron J                  1/5 Type/Seq:C01-New  Batch:121  PC:W-
   21101320638:Target Roofing & Sheet Metal    SSN: 3511   Op-Yr:pjd-2020
--------------------------------------------------------------------------------
Check# B2-2910316  Date: 05/15/20  PerBeg: 05/04/20  PerEnd: 05/10/20  Entry: L
--------------------------------------------------------------------------------
Type       Description                    Basis   Rate/Hrs    Amount
--------------------------------------------------------------------------------
Earn       A01 Regular                    46.00      40.00   1840.00
Tax        CFE Federal                  1840.00      22.00    271.38
Tax        CFI FICA - OASDI             1840.00       6.20    114.08
Tax        CFJ FICA - Medicare          1840.00       1.45     26.68
Tax        CFL Florida                  1840.00        .00       .00
Billed     FFI FICA - OASDI             1840.00               114.08
Billed     FFJ FICA - Medicare          1840.00                26.68
Billed     FFL FL - SUI                 1840.00                31.28
Billed     FFU FUTA                     1840.00                11.04
Billed     DAF Admin Fee                1840.00                13.80
Billed     FWC W/C                      1840.00                 1.82
--------------------------------------------------------------------------------
Gross:   1840.00     Ded:        .00    Tax:   -412.14    Contr:    198.70
** Net Check **          $1,427.86 **
--------------------------------------------------------------------------------


** Robinson, Aaron J                  2/5 Type/Seq:V01-Old  Batch:129  PC: -
   21101320638:Target Roofing & Sheet Metal    SSN: 3511   Op-Yr:pjd-2020
--------------------------------------------------------------------------------
Check# B2-2914116  Date: 05/22/20  PerBeg:              PerEnd: 05/17/20  Entry: L
--------------------------------------------------------------------------------
Type       Description                    Basis   Rate/Hrs    Amount
--------------------------------------------------------------------------------

Gross:      .00     Ded:        .00    Tax:      .00    Contr:      .00
** Net Check **            $.00 **
-          ---------------------------------------------------------------------
```

EX_64_050

```
** Robinson, Aaron J                3/5 Type/Seq:C01-New  Batch:129  PC:W-
   21101320638:Target Roofing & Sheet Metal   SSN: 3511   Op-Yr:pjd-2020
-------------------------------------------------------------------------------
Check# B2-2914343  Date: 05/22/20  PerBeg: 05/11/20  PerEnd: 05/17/20  Entry: L
-------------------------------------------------------------------------------
Type        Description                      Basis  Rate/Hrs   Amount
-------------------------------------------------------------------------------
Earn        A01 Regular                      46.00    40.00    1840.00
Tax         CFE Federal                    1840.00    22.00     271.38
Tax         CFI FICA - OASDI               1840.00     6.20     114.08
Tax         CFJ FICA   Medicare            1840.00     1.45      26.68
Tax         CFL Florida                    1840.00      .00        .00
Billed      FFI FICA - OASDI               1840.00               114.08
Billed      FFJ FICA - Medicare            1840.00                26.68
Billed      FFL FL - SUI                   1840.00                31.28
Billed      FFU FUTA                       1840.00                11.04
Billed      DAF Admin Fee                  1840.00                13.80
Billed      FWC W/C                        1840.00                 1.82
-------------------------------------------------------------------------------
Gross:  1840.00    Ded:        .00    Tax:   -412.14   Contr:    198.70
** Net Check **        $1,427.86 **
-------------------------------------------------------------------------------


** Robinson, Aaron J                4/5 Type/Seq:C01-New  Batch:133  PC:W-
   21101320638:Target Roofing & Sheet Metal   SSN: 3511   Op-Yr:pjd-2020
-------------------------------------------------------------------------------
Check# B2-2918458  Date: 05/29/20  PerBeg: 05/18/20  PerEnd: 05/24/20  Entry: L
-------------------------------------------------------------------------------
Type        Description                      Basis  Rate/Hrs   Amount
-------------------------------------------------------------------------------
Earn        A01 Regular                      46.00    40.00    1840.00
Tax         CFE Federal                    1840.00    22.00     271.38
Tax         CFI FICA - OASDI               1840.00     6.20     114.08
Tax         CFJ FICA - Medicare            1840.00     1.45      26.68
Tax         CFL Florida                    1840.00      .00        .00
Billed      FFI FICA - OASDI               1840.00               114.08
Billed      FFJ FICA - Medicare            1840.00                26.68
Billed      FFL FL - SUI                   1840.00                31.28
Billed      FFU FUTA                       1840.00                11.04
Billed      DAF Admin Fee                  1840.00                13.80
Billed      FWC W/C                        1840.00                 1.82
-------------------------------------------------------------------------------
Gross:  1840.00    Ded:        .00    Tax:   -412.14   Contr:    198.70
** Net Check **        $1,427.86 **
-------------------------------------------------------------------------------
```

EX_64_051

```
** Robinson, Aaron J               5/5 Type/Seq:C01-New  Batch:140  PC:W-
   21101320638:Target Roofing & Sheet Metal   SSN: 3511   Op-Yr:pjd-2020
--------------------------------------------------------------------------------
Check# B2-2922017  Date: 06/05/20  PerBeg: 05/25/20  PerEnd: 05/31/20  Entry: L
--------------------------------------------------------------------------------
Type        Description                      Basis   Rate/Hrs    Amount
--------------------------------------------------------------------------------
Earn        A01 Regular                      46.00      40.00   1840.00
Tax         CFE Federal                    1840.00      22.00    271.38
Tax         CFI FICA - OASDI               1840.00       6.20    114.08
Tax         CFJ FICA   Medicare            1840.00       1.45     26.68
Tax         CFL Florida                    1840.00        .00       .00
Billed      FFI FICA - OASDI               1840.00               114.08
Billed      FFJ FICA - Medicare            1840.00                26.68
Billed      FFL FL - SUI                   1480.00                25.16
Billed      FFU FUTA                       1480.00                 8.88
Billed      DAF Admin Fee                  1840.00                13.80
Billed      FWC W/C                        1840.00                 1.82
--------------------------------------------------------------------------------
Gross:   1840.00    Ded:        .00    Tax:   -412.14    Contr:     190.42
** Net Check **            $1,427.86 **
--------------------------------------------------------------------------------
```

EX_64_052

```
21101320638:Robinson, Aaron J          Target Roofing & Sheet Metal
Totals for all checks YTD
------------------------------------------------------------------------
A01    Regular                         160.00            7360.00
CFE    Federal                        7360.00            1085.52
CFI    FICA - OASDI                   7360.00             456.32
CFJ    FICA - Medicare                7360.00             106.72
CFL    Florida                        7360.00                .00
DAF    Admin Fee                      7360.00              55.20
DFI    FICA - OASDI                   7360.00             456.32
DFJ    FICA - Medicare                7360.00             106.72
DFL    FL - SUI                       7000.00             119.00
DFU    FUTA                           7000.00              42.00
DWC    W/C                            7360.00               7.28
```

EX_64_053

```
--------------------------------------------------------------------------------
Employee  : 21-10-132-0640   *** Peters, Donald A ***                11/05/20
Client ....: Target Roofing & Sheet Metal
--------------------------------------------------------------------------------
                        Employee Information Sheet >>>
                            6224

   Soc-Sec-Num .: XXX-XX-6224            Co. Hire Date : 05/12/20
   Status Code .: T - Terminated         Sub. Hire Date: 05/12/20
   Address1 ....: 1920 Virginia Ave #202A  Orig Hire Date: 05/12/20
   Address2 ....:                        Pay Period ...: Weekly
   City ........: Fort Myers             Pay Type .....: Salary
   State .......: FL   Zip: 33901        Full/Part-Time: Full-Time
   Home Phone ..:                        Employee Type :
   Work Phone ..: (239) 332-5707         Termination Dt: 06/05/20
   Occupation ..: clerical               Termination Cd: R
   Unique Key ..: 0000578421
   EEO Job Cat .: 5                       County Code ..: 12071
   ---------------------------------------------------------------------
   Pay Rate -- Hours - Eff.Date
   1,850.00    40.00   05/12/20

-------------------- << Miscellaneous Information >> --------------------
   Sex .........: Male               Emergency Contact:
   Race ........: White              Relationship ....:
   Vet Status ..: Unknown            Phone (Contact) .:
   Birth Date ..: 00/00/00           Handbook Ed:          Tag :
   Leave/Abs Beg: 00/00/00           Date Recv'd: 00/00/00  Mail:
   Leave/Abs End: 00/00/00                           Dept  Percent
   Anniversary .: 05/12/21           Labor Dept 1 .....:        0.00
   Review Date .: 08/12/20           Labor Dept 2 .....:        0.00
   I-9 Form ....: Y                  Labor Dept 3 .....:        0.00
   Alien Exp. ..: 00/00/00           Labor Dept 4 .....:        0.00


------------------------ << Employee Benefits >> ------------------------

   Employee Life Ins:       Birthdate: 00/00/00    yrs    Uses Tobacco:
   Flex Plan ...: Y   Key EE: N      Accrual Start Date: 05/12/20
   Direct Dep. .: Y                  Vac/Sick Factors .:   0.0000 0.0000
   Elig Strt Dt : 05/12/20           Credit Union Date : 00/00/00
   Effective Dt : 06/01/20           Credit Union Acct#:
   Elig Ltr Sent: 00/00/00           Bank Account Code : B2

---------------------- << Direct Deposit / Dependents >> ----------------------
   Direct Dep ..: Routing #  Bank Account #   C/S   Amount  A/P  Code
     Setup 1                         0218       C    100.00   P    22
---------------------- << Tax Table Information >> -----------------------
   *InUse Fed: Stat 2c Kids Deps Oth Inc Deducts ExtraWh KidsAmt DepsAmt
     *New W4:   M   N  00   00      0      0     .00
               ST  Status  Exemptions  Extra W/H
     Old W4:       M                                      EIC:
      State W: FL              00          .00
      Wk Comp: FL-8810                    SUI ...: FL
      Local 1:           Local 2:        Local 3:
```



**WORKFORCE BUSINESS SERVICES**

| TO BE COMPLETED BY THE BUSINESS OWNER |
| Client Company _____ Client # _____ |

Employee Name: Donald Peters Jr

*578421-5*

# Florida Enrollment Form

## Acknowledgment

I hereby acknowledge my current employer (Client Company) has entered into an Client Services Agreement contract with Workforce Business Services (WBS). Through this contract WBS will provide Client Company with certain professional employer services and during the term of the contract I will be a utilized individual with WBS. I will remain an employee of Client Company and Client Company will continue to have control over my day-to-day job duties and the work site. Client Company will also continue to provide all on site supervision, including but not limited to, determining my job assignments and training requirments, evaluating my peformance and establishing pay rates. WBS will not have an on-site supervisor or representative at my work-site.

### Reconocimiento del endamiento de empleados

Por la presente reconozco que he sido infolliado de que mi empleador actual (compañia cliente) ha entrado en un acuerdo con Servicios de Personal Empresariales (WBS sus iniciales). A traves de este contrato, WBS proporcionara a la compañia cliente ciertos servicios profesionales de empleadores. En virtud de este acuerdo la compañia cliente y WBS se convertiran en Co-Empleadores. Bajo este relación de Co-Empleadores, sere un empleado por arrendo de WBS, asignado unicamente y exclusivamente a la compañia cliente. WBS se reserva el derecho de dirección y control sobre los empleados arrendsdus asignados al lugar de trabajo de la compañia cliente. Continuare siendo un empleado de la compañia cliente y la compañia cliente seguira teniendo control sobre mis funciones de trabajo diarias y mi lugar de trabajo. La compañia cliente tambien continuara prestando toda la supervision en el lugar de trabajo, incluyendo pero no limitandose a deteililinar la asignación de mi trabajo y los requisitos de entrenamiento, evaluación de mi desempeño y establecimiento de tasas salariales. WBS no tendra un supervisor o representante en mi lugar de trabajo.

The Client Services Agreement between Client Company and WBS will not affect any agreement for employment or compensation which exists with my Client Company. If the contract between my Client Company and WBS is terminated, my status with WBS will also end on the date of the contract termination.

El acuerdo de arrendo de empleados entre la compañia cliente y WBS no afectara ningun acuerdo de empleo o compensación que existen con mi compañia cliente. Si el contrato entre mi compañia cliente y WBS se termina, el estatus de mi contrato también terminará.

If WBS does not receive payment from my Client Company for services which I perform, WBS may then pay me the minimum wage or the legally required minimum salary or overtime pay for that period and I agree to this method of compensation. WBS assumes responsibility for the payment of such minimum wages without regard to payments by Client Company to WBS. I also agree that WBS does not assume responsibility for payment of any bonuses, commissions, severance pay, deferred compensation, profit sharing, vacation, sick, or other paid time off pay, or for any other payment, unless WBS has received in advance full payment for such items from Client Company. If the contract with my Client Company is terminated, my status with WBS will also cease.

Si WBS no recibe pago de mi compañia cliente por los servicios que preste, WBS me pagara el salario minimo, o el salario mfnimo legal, o pagara las horas extras de ese periodo y estoy de acuerdo con este metodo de compensación. WBS asume responsabilidad por el pago de salarios sin tener en cuenta los pagos efectuados por la compañia cliente a WBS. Tambien estoy de acuerdo en que WBS no asume responsabilidad por pago alguno de bonos, comisiones, indemnizaciones por despido, compensación diferida, compartir utilidades, vacaciones, enfermedad u otro tiempo a pagar, o por cualquier otro pago, donde WBS no ha recibido el pago completo por adelantado para tales propósitos por la compañia cliente o que termina el contrato con mi compania cliente, mi empleo con WBS tambien terminara.

**ENTERED**
**MAY 13 2020**
**T.W.**

EX_64_055

**Drug Testing Authorization**

I agree to comply with any drug/alcohol testing policy, which Workforce Business Services has or may adopt.  I specifically agree to post-accident drug/alcohol testing for any work injury regardless of whether I am able to give consent at that time. This authorization or a photocopy hereof is my authority and consent to post-accident drug/alcohol testing in all instances.

**Autorización para Pruebas de Drogas**

Estoy de acuerdo en cumplir con cualquier póliza de pruebas de drogas/alcohol cual Workforce Business Services (WBS-por sus siglas en Inglés) tenga o pueda adoptar. Yo específicamente estoy de acuerdo a pruebas de drogas/alcohol después de cada accidente de trabajo sin importar si puedo dar consentimiento en ese tiempo. Esta autorización o una fotocopia de esta autorización es mi autoridad y consentimiento para pruebas de drogas/ alcohol en todos los casos.

**Workers' Compensation Medical Authorization Release**

I authorize any physician, medical practitioner, hospital, clinic or other health facility, or employer, to release any and all medical and non-medical information in its possession about me to Workforce Business Services' Workers' Compensation carrier or its legal representatives for purposes of a workers' compensation claim. (Medical information means all information in the possession of or derived from providers of health care regarding the medical history, mental or physical condition, or treatment of me.) I shall comply with the provisions of Florida Statute 440 concerning claims for workers' compensation benefits. If I provide false, misleading or incomplete information to obtain workers' compensation benefits, I may be denied such benefits. I may request and receive a copy of this authorization. A photocopy of this authorization shall be valid as the original.

**Acuerdo de Autorización médica para compensación del trabajador**

Yo autorizo a cualquier doctor, médico practicante, hospital, clínica u otra entidad de salud o empleador, para liberar toda la información médica y no médica en su posesión acerca de mí al portador del seguro de compensación a los trabajadores de Servicios de Personal Empresariales (WBS-por sus siglas en Inglés) o a sus representantes legales para propósitos de una reclamación de compensación de trabajadores (Información médica significa toda la información en posesión de, o derivadas de los proveedores de atención de salud, relacionados con la historia médica, condición física o mental, o con mi tratamiento). Cumpliré con las provisiones del Estatuto 440 de la Florida concernientes a reclamaciones para beneficios de compensación. Si proporciono información falsa, engañosa o incompleta para obtener beneficios de compensación de trabajadores, tales beneficios me pueden ser negados. Puedo solicitar y recibir una copia de esta autorización. Una fotocopia de esta autorización será válida como la original.

I agree to promptly and without delay report all accident, injuries, potential safety hazards, safety suggestions and health related issues to my manager.

If I am a new hire, I acknowledge I am hereby notified within 7 days of my employment with client and as a utilized individual with Workforce Business Services that I am being employed on an established 90 day probationary period

Estoy de acuerdo en informar inmediatamente a el gerente todo accidente, lesion, peligros potenciales, sugerencias sobre seguridad y asuntos relacionados con la salud.
Si soy un nuevo empleado, reconozco que por la presente se me notifica dentro de los 7 días de mi empleo con el cliente, como una persona utilizada con WBS, que estoy siendo empleado en un período de prueba establecido de 90 días.

I certify that I have read, understand, and agree to the conditions and requirements contained in this document, including my authorization for drug testing and for release of my medical and non-medical information.

Yo certifico que he leído entiendo, y acepto las condiciones y requisitos contenidos en este documento, incluyendo mi autorización para pruebas de drogas y para la divulgación de mi información médica y no médica.

Employee Signature (Firma del empleado)X _Donald Peters_ _Donald Peters_   Date (Fecha): 05/11/2020

Employee Name (Nombre del empleado) _Donald Peters JR_

Date of Birth (Fecha de nacimiento): _4/24/1958_

Address (Dirección): _____

City, State, Zip (Ciudad, Estado, Zip): _____

Telephone Number (Número telefónico) _____  Social Security No (No. Seguridad Social): _____

EX_64_056

**Voluntary EEO Identification (Identificación del EEO voluntario)**

Various agencies of the United States Government require employers to maintain information on applicants pertaining to factors such as race, sex and type of position for which an applicant applies. The information requested here is for compliance with certain record keeping requirements.

Varias entidades del gobierno de Estados Unidos exigen a los empleadores que mantengan información sobre los solicitantes en relación con factores como raza, sexo y tipo de cargo para el cual se presenta el candidato. La información que aquí se solicita es para cumplir con ciertos requisitos de registro.

☐ White (Not of Hispanic or Latino origin) – Origins of Europe, North Africa, or the Middle East. Blanco (No de origen Hispánico ni Latino) – Originario de Europa, África del Norte o del Medio Oriente

☐ Black or African American (Not of Hispanic or Latino origin) – Origins in any of the Black racial groups of Africa. Negro o Afro-Americano (No de origen Hispánico ni Latino) – Orígenes en cualquiera de los grupos raciales negros de África

☐ Hispanic or Latino - Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race. Hispano o Latino – Mexicano, Puertorriqueño, Cubano, Centro o Suramericano o de otra cultura u origen proveniente de España, independientemente de la raza

☐ Asian (Not of Hispanic or Latino origin) – Origins of the Far East, Southeast Asia, the Indian Subcontinent  Asiático (no de origen Hispánico ni Latino) – Originario del Lejano Oriente, Sudeste Asiático, o Subcontinente Indio

☐ Native Hawaiian or other Pacific Islander – Origins of Hawaii, Guam, Samoa, or other Pacific Islands. Nativo Hawaiano o de otra Isla del Pacífico – originario de Hawaii, Guam, Samoa u otras Islas del Pacífico

☐ American Indian/Alaska Native - Origins of North or South America (including Central America), who maintain tribal affiliation and community recognition. Indígena Americano / Nativo de Alaska - Originario de América del Norte o del Sur (incluyendo América Central) que mantiene su afiliación tribal y reconocimiento de la comunidad.

☐ Two or more races (Not of Hispanic or Latino origin) - All persons who identify with more than one of the listed races. Dos o más razas (No de origen Hispano ni Latino) – Todas las personas que se identifiquen con más de una de las razas mencionadas

☐ If the employee elected not to complete this information, the employer has completed it through visual identification as required by law. Si el empleado decidió no suministrar esta información, el empleador la suministra mediante identificación visual, de conformidad con lo dispuesto por la ley.

---

## Completed by Client  (Para ser diligenciado por el cliente)

**New Hires (Nuevas Contrataciones)**

You must fax, call or email the following information to WBS on or before the new hire starts work: name, WC Code, Social Security Number, Pay Rate and Date of Birth. Workforce Business Services can not pay any employee without receiving this information on or before the employee begins work.  Nor will this employee be covered with workers' compensation coverage until this information has been submitted to us. To report a new hire after hours, please fax or call our offices and leave a detailed message.

WBS tiene que recibir este Informe de Vinculación En la fecha de contratación o antes. Usted puede informar esta nueva contratación a WBS por fax o por teléfono y recibirá un número de identificación de confirmación. Workforce Business Services no podrá efectuar pagos a empleados sin el número de identificación del empleado. El empleado tampoco quedará cubierto por la compensación de trabajadores hasta que esta información no haya sido presentada. Para informar sobre alguna contratación fuera de las horas laborales, por favor envíe un fax o llame a nuestras oficinas y deje un mensaje detallado.

**THE UTILIZED INDIVIDUAL ENROLLMENT FORM MUST BE RETURNED TO WBS WITHIN THREE DAYS OF THE DATE OF HIRE.**

EL FORMULARIO DE INSCRIPCIÓN DEL INDIVIDUO UTILIZADO DEBE SER ENVIADO A WBS  DENTRO DE LOS TRES DÍAS SIGUIENTES A LA FECHA DE CONTRATACIÓN.

Employee Name (Nombre del empleado) _Donald Peros Jr_

Client Company Name (Nombre de la Compañía- Cliente) _Target Roofing and Sheet Metal_

Department (if applicable) (Departamento) (si es el caso) _____   Job Code (if applicable) (Código de trabajo) (si es el caso) _____

Rate of Pay (Tasa de pago) $ _1850 weekly_   ☐ Hourly (Por hora)   ☑ Salary (Salario)   ☐ Exempt (Exento)   ☐ Non-Exempt (No Exento)

☑ Full Time (Tiempo completo)   ☐ Part Time (Medio Tiempo)   Work Comp. Code (Código Compensación Trabajadores) _8810_

From the EEO job classifications listed, which one best describes the employee's position?
¿De las clasificaciones de trabajos mencionadas, cuál es la que describe mejor el cargo del empleado?

☐ 1.1 - Executive/Senior Level Officers and Managers (Ejecutivo/Funcionarios y gerentes de nivel superior)

☐ 1.2 - First / Mid Level Officers and Managers (Funcionarios y gerentes de primer nivel/nivel medio)

☐ 2 - Professionals (Profesionales)   ☐ 3 - Technicians (Técnicos)

☐ 4 - Sales (Vendedores)   ☑ 5 - Office and Clerical (Oficina y administrativo)

☐ 6 - Craft Workers (skilled) (Artesanos (capacitados))   ☐ 7 - Operative (semi-skilled) (Operarios (capacitación media))

☐ 8 - Laborers (unskilled) (Obreros (no capacitados) )   ☐ 9 - Service Workers (Trabajadores de servicios)

Job Description (Descripción del trabajo) _____

Original Date of Hire (Fecha de contratación original) _____

---

EX_64_057

Form **W-4**

Department of the Treasury
Internal Revenue Service

### Employee's Withholding Certificate

▶ Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.
▶ Give Form W-4 to your employer.
▶ Your withholding is subject to review by the IRS.

OMB No. 1545-0074

**2020**

| Step 1: Enter Personal Information | (a) First name and middle initial: Donald A | Last name: Peters | (b) Social security number: ███ 6224 |
|---|---|---|---|

Address: 1920 Virginia Ave #202A

City or town, state, and ZIP code: FORT MYERS, FL 33901

▶ Does your name match the name on your social security card? If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov.

(c) ☐ Single or Married filing separately
☑ Married filing jointly (or Qualifying widow(er))
☑ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the online estimator, and privacy.

**Step 2:**
**Multiple Jobs or Spouse Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do only one of the following.

(a) Use the estimator at www.irs.gov/W4App for most accurate withholding for this step (and Steps 3–4); or

(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; or

(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . . . . ▶ ☐

**TIP:** To be accurate, submit a 2020 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3:**
**Claim Dependents**

If your income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 ▶ $

Multiply the number of other dependents by $500 . . . . ▶ $

| Add the amounts above and enter the total here . . . . . . . . . . . | 3 | $ |
|---|---|---|

**Step 4 (optional):**
**Other Adjustments**

| (a) **Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . . . . | 4(a) | $ |
|---|---|---|
| (b) **Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . | 4(b) | $ |
| (c) **Extra withholding.** Enter any additional tax you want withheld each pay period . | 4(c) | $ |

**Step 5:**
**Sign Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

▶ Donald Peters

Employee's signature (This form is not valid unless you sign it.)

Date: 05/11/2020

| Employers Only | Employer's name and address: Target Roofing & Sheet Metal, Inc.  1841 Ortiz Ave Fort Myers FL 33905 | First date of employment: 05/12/2020 | Employer identification number (EIN): 11-1111111 |
|---|---|---|---|

For Privacy Act and Paperwork Reduction Act Notice, see page 3.    Cat. No. 10220Q    Form **W-4** (2020)

EX_64_058

578421

**Tracy Wetter**

| | |
|---|---|
| **From:** | webchanges@gowbs.com |
| **Sent:** | Tuesday, June 16, 2020 10:26 AM |
| **To:** | twetter@gowbs.com |
| **Subject:** | Web Termination From - 2110132 |

(1)

An employee was terminated on the web by 054554.

JUN 16 2020

R.D.

Donald A    Peters
SSN: ███-6224
EE Id: 21101320640

Term date: 6/5/2020
Date entered on web: 2020 06 16
Time entered on web: 10:26:10

Term type: Resignation
Term notes:

Please do not respond to this message.  It is an automated message sent to you from the server.

Confidentiality Notice:  This message is intended only for the named recipient(s) and may contain confidential information that is privileged or exempt from disclosure under applicable law.  If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited.  If you received this message and are not the intended recipient, please notify the sender immediately by return e-mail and delete all copies of the message.  Do not forward or otherwise copy the message.

14

EX_64_059

```
Peters, Donald A                          WorkForce Business Services 12   Target Roofing & Sheet Metal   Federal Tax Setup:    M            Local Tax 1:
1920 Virginia Ave 1202A                   SocSecNum:   XXX-XX-6224          Company Hire Date: 05/12/20     State Tax Setup:      FL    00     Local Tax 2:
Fort Myers, FL 33901                      WcComp Code:  FL-8810             Subscriber Hire Dt: 05/12/20    Status: Full Time    Term'd           Local Tax 3:
                                          Pay Rate 1:   1850.000 SALARY    Birthdate:                      Termination Date:    06/05/20
Period: 01/01/20 to 11/05/20              Pay Rate 2:        .000          Insurance Codes:           NN   Dept 1:              Period: 01/01/20 to 11/05/20
                                          Pay Cycle:    WEEKLY                                             Dept 2:
```

| | | HOURS | | | EARNINGS | | | GROSS | TAXES | | | | DEDUCTIONS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHECKDATE | RATE | REGULAR | OVERTIME | OTHER | REGULAR | OVERTIME | OTHER | PAY | FEDERAL | FICA | STATE | LOCAL | 401K | INSURANCE | OTHER | DIRECT DEPOSIT | NET PAY |
| 05/22/20 | 46.25 | 40.000 | .000 | .000 | 1850.00 | .00 | .00 | 1850.00 | 157.17 | 141.53 | .00 | .00 | .00 | .00 | .00 | 1551.30 | 1551.30 |
| 05/29/20 | 46.25 | 40.000 | .000 | .000 | 1850.00 | .00 | .00 | 1850.00 | 157.17 | 141.53 | .00 | .00 | .00 | .00 | .00 | 1551.30 | 1551.30 |
| 06/05/20 | 46.25 | 40.000 | .000 | .000 | 1850.00 | .00 | .00 | 1850.00 | 157.17 | 141.53 | .00 | .00 | .00 | .00 | .00 | 1551.30 | 1551.30 |
| TOTALS | | 120.000 | .000 | .000 | 5550.00 | .00 | .00 | 5550.00 | 471.51 | 424.59 | .00 | .00 | .00 | .00 | .00 | 3102.60 | 4653.90 |

| Earnings Hours | | Earnings Amounts | | Taxes | | | Deductions | |
|---|---|---|---|---|---|---|---|---|
| Regular | | Regular | | Federal | | 471.51 | Direct Deposit | 3102.60 |
| 120.00 | | 5550.00 | | FICA - OASDI | 344.10 | | | |
| | | | | FICA - Medicare | 80.49 | | | |

EX_64_060

# Check Inquiry Summary

**BANK OF AMERICA**

Account Number:  898050591768

Account Name:  WORKFORCE BUSINESS SERVICES INC

Bank ID:  063100277



## Check Details

| | |
|---|---|
| Check Number: 2914329 | Amount: 1,551.30 |
| Account Number: 898050591768 | Posted Date: 26-May-2020 |
| Account Name: WORKFORCE BUSINESS SERVICES INC | Paid Date: 26-May-2020 |
| Bank ID: 063100277 | |

1

EX_64_061

# Check Inquiry Summary

**BANK OF AMERICA** 〰

Account Number:   898050591768

Account Name:   WORKFORCE BUSINESS SERVICES INC

Bank ID:  063100277

**Electronic Endorsement Information**

**BOFD - Bank Of First Deposit**

Bank Name: BANK OF AMERICA, NA (BOFD)

Date: 26-May-2020

R/T: 11000138

Sequence Number: 2852756691

2

EX_64_062

```
** Peters, Donald A                1/4 Type/Seq:V01-Old  Batch:129  PC: -
   21101320640:Target Roofing & Sheet Metal    SSN: 6224   Op-Yr:pjd-2020
-------------------------------------------------------------------------------
Check# B2-2914102  Date: 05/22/20  PerBeg:              PerEnd: 05/17/20  Entry: L
-------------------------------------------------------------------------------
Type      Description                     Basis   Rate/Hrs    Amount
-------------------------------------------------------------------------------
Gross:        .00    Ded:        .00    Tax:        .00    Contr:        .00
** Net Check **              $.00 **
-------------------------------------------------------------------------------

** Peters, Donald A                2/4 Type/Seq:C01-New  Batch:129  PC:W-
   21101320640:Target Roofing & Sheet Metal    SSN: 6224   Op-Yr:pjd-2020
-------------------------------------------------------------------------------
Check# B2-2914329  Date: 05/22/20  PerBeg: 05/11/20  PerEnd: 05/17/20  Entry: LD
-------------------------------------------------------------------------------
Type      Description                     Basis   Rate/Hrs    Amount
-------------------------------------------------------------------------------
Earn      A01 Regular                    46.25     40.00    1850.00
Tax       CFE Federal                  1850.00     12.00     157.17
Tax       CFI FICA - OASDI             1850.00      6.20     114.70
Tax       CFJ FICA - Medicare          1850.00      1.45      26.83
Tax       CFL Florida                  1850.00       .00        .00
Billed    FFI FICA - OASDI             1850.00               114.70
Billed    FFJ FICA - Medicare          1850.00                26.83
Billed    FFL FL - SUI                 1850.00                31.45
Billed    FFU FUTA                     1850.00                11.10
Billed    DAF Admin Fee                1850.00                13.88
Billed    FWC W/C                      1850.00                 1.83
-------------------------------------------------------------------------------
Gross:  1850.00    Ded:        .00    Tax:  -298.70    Contr:   199.79
** Net Check **          $1,551.30 **
-------------------------------------------------------------------------------
```

```
** Peters, Donald A                     3/4 Type/Seq:D01-New  Batch:133  PC:W-
   21101320640:Target Roofing & Sheet Metal   SSN: 6224   Op-Yr:pjd-2020
-----------------------------------------------------------------------------
Check# B2-2918440  Date: 05/29/20  PerBeg: 05/18/20  PerEnd: 05/24/20  Entry: LD
-----------------------------------------------------------------------------
Type       Description                    Basis   Rate/Hrs    Amount
-----------------------------------------------------------------------------
Earn       A01 Regular                    46.25      40.00   1850.00
Ded        B1D Direct Deposit               .00        .00   1551.30
Tax        CFE Federal                   1850.00     12.00    157.17
Tax        CFI FICA - OASDI              1850.00      6.20    114.70
Tax        CFJ FICA - Medicare           1850.00      1.45     26.83
Tax        CFL Florida                   1850.00       .00       .00
Billed     FFI FICA - OASDI              1850.00               114.70
Billed     FFJ FICA - Medicare           1850.00                26.83
Billed     FFL FL - SUI                  1850.00                31.45
Billed     FFU FUTA                      1850.00                11.10
Billed     DAF Admin Fee                 1850.00                13.88
Billed     FWC W/C                       1850.00                 1.83
-----------------------------------------------------------------------------
Gross:  1850.00    Ded:  -1551.30    Tax:  -298.70    Contr:   199.79
** Net Check **              $.00 **
-----------------------------------------------------------------------------

** Peters, Donald A                     4/4 Type/Seq:D01-New  Batch:140  PC:W-
   21101320640:Target Roofing & Sheet Metal   SSN: 6224   Op-Yr:pjd-2020
-----------------------------------------------------------------------------
Check# B2-2922000  Date: 06/05/20  PerBeg: 05/25/20  PerEnd: 05/31/20  Entry: LD
-----------------------------------------------------------------------------
Type       Description                    Basis   Rate/Hrs    Amount
-----------------------------------------------------------------------------
Earn       A01 Regular                    46.25      40.00   1850.00
Ded        B1D Direct Deposit               .00        .00   1551.30
Tax        CFE Federal                   1850.00     12.00    157.17
Tax        CFI FICA - OASDI              1850.00      6.20    114.70
Tax        CFJ FICA - Medicare           1850.00      1.45     26.83
Tax        CFL Florida                   1850.00       .00       .00
Billed     FFI FICA - OASDI              1850.00               114.70
Billed     FFJ FICA - Medicare           1850.00                26.83
Billed     FFL FL - SUI                  1850.00                31.45
Billed     FFU FUTA                      1850.00                11.10
Billed     DAF Admin Fee                 1850.00                13.88
Billed     FWC W/C                       1850.00                 1.83
-----------------------------------------------------------------------------
Gross:  1850.00    Ded:  -1551.30    Tax:  -298.70    Contr:   199.79
** Net Check **              $.00 **
-----------------------------------------------------------------------------
```

EX_64_064

```
21101320640:Peters, Donald A              Target Roofing & Sheet Metal
Totals for all checks YTD
--------------------------------------------------------------------------------
A01   Regular                    120.00                5550.00
B1D   Direct Deposit                .00                3102.60
CFE   Federal                   5550.00                 471.51
CFI   FICA - OASDI              5550.00                 344.10
CFJ   FICA - Medicare          5550.00                  80.49
CFL   Florida                  5550.00                    .00
DAF   Admin Fee                5550.00                  41.64
DFI   FICA - OASDI             5550.00                 344.10
DFJ   FICA - Medicare          5550.00                  80.49
DFL   FL - SUI                 5550.00                  94.35
DFU   FUTA                     5550.00                  33.30
DWC   W/C                      5550.00                   5.49
```

EX_64_065

578672

# WBS | WORKFORCE BUSINESS SERVICES

| TO BE COMPLETED BY THE BUSINESS OWNER |
|---|
| Client Company _____ Client # _____ |

**Employee Name:** Alex Gaspar

# Florida Employee Enrollment Form

**This Employment Enrollment Form is NOT an application for employment and should not be used as such .**

*(Informe de vinculación de empleados mediante arrendamiento Este Informe Laboral NO es una solicitud de trabajo y NO debe ser utilizado como tal.)*

## Employee Acknowledgment

I hereby acknowledge that my current employer (Client Company) has entered into an client services agreement contract with Workforce Business Services (WBS). Through this contract WBS will provide Client Company with certain professional employer services. services.  Under this arrangement Client Company and WBS will become co-employers. Under this co-employer relationship, I will be an assigned solely and exclusively to Client Company.  I will remain an employee of Client Company and Client Company will continue to have control over my day-to-day job duties and the work site.  Client Company will also continue to provide all on site supervision, including but not limited to, determining my job assignments and training requirements, evaluating my performance, and establishing my pay rates. Client Company may have the right to accept or cancel the assignment.  WBS will not have an on-site supervisor or representative at my work-site.

*(Reconocimiento del arrendamiento de empleados Por la presente reconozco que he sido informado de que mi empleador actual (compañía cliente) ha entrado en un acuerdo con Servicios de Personal Empresariales (WBS sus iniciales). A través de este contrato, WBS proporcionará a la compañía cliente ciertos servicios profesionales de empleadores. En virtud de este acuerdo la Compañía cliente y WBS se convertirán en Co-Empleadores. Bajo esta relación de Co-Empleadores, seré un empleado por arrendo de WBS, asignado únicamente y exclusivamente a la compañía cliente. WBS se reserva el derecho de dirección y control sobre los empleados arrendados asignados al lugar de trabajo de la compañía cliente. Continuaré siendo un empleado de la compañía cliente y la compañía cliente seguirá teniendo control sobre mis funciones de trabajo y el lugar de trabajo. La compañía cliente también continuará prestando toda la supervisión en el lugar de trabajo, incluyendo pero no limitándose a determinar la asignación de mi trabajo y los requisitos de entrenamiento, evaluación de mi desempeño y establecimiento de tasas salariales. WBS mantendrá la autoridad para contratar, terminar, disciplinar y reasignar a los empleados arrendados. Sin embargo, la compañía cliente puede tener el derecho de aceptar o cancelar la asignación. WBS no tendrá un supervisor o representante en mi lugar de trabajo.)*

I further understand that WBS is an at-will employer and as such, employment with WBS is not for a fixed term or definite period and may be terminated at any time at the will of either WBS or myself, with or without cause, and without prior notice. The client services agreement between Client Company and WBS will not affect any agreement for employment or compensation which exists with my Client Company.  If the contract between my Client Company and WBS is terminated, my work site employee status with WBS will also end on the date of the contract termination.

*(Además entiendo que WBS es un empleador a voluntad y como tal, el empleo con WBS no es por un periodo fijo determinado o definido y puede terminarse en cualquier momento por mi propia voluntad o la de WBS, con o sin causa y sin previo aviso. El acuerdo de arrendo de empleados entre la compañía cliente y WBS no afectará ningún acuerdo de empleo o compensación que existan con mi compañía cliente. Si el contrato entre mi compañía cliente y WBS se termina, mi calidad de empleado asignado al lugar de trabajo con WBS también terminará en la fecha de terminación del contrato.)*

If WBS does not receive payment from my Client Company for services which I perform, WBS may then pay me the minimum wage or the legally required minimum salary or overtime pay for that period and I agree to this method of compensation.  WBS assumes responsibility for the payment of such minimum wages to co-employees without regard to payments by Client Company to WBS.  I also agree that WBS does not assume responsibility for payment of any bonuses, commissions, severance pay, deferred compensation, profit sharing, vacation, sick, or other paid time off pay, or for any other payment, unless WBS has received in advance full payment for such items from Client Company.  If the contract with my Client Company is terminated, my employment with WBS will end the date the contract terminates and WBS's responsibilities as a co-employer shall also terminate at that time.  WBS assumes full responsibility for payment of payroll taxes and collection of payroll taxes and collection of taxes from payroll on co-employees.

*(Si WBS no recibe pago de mi compañía cliente por los servicios que preste, WBS me pagará el salario mínimo, o el salario mínimo legal, o pagará las horas extras de ese periodo y estoy de acuerdo con este método de compensación. WBS asume responsabilidad por el pago de salarios de empleados arrendados sin tener en cuenta los pagos efectuados por la compañía cliente a WBS. También estoy de acuerdo en que WBS no asume responsabilidad por pago alguno de bonos, comisiones, indemnizaciones por despido, compensación diferida, compartir utilidades, vacaciones, enfermedad u otro tiempo a pagar, o por cualquier otro pago, donde WBS no ha recibido el pago completo por adelantado para tales propósitos por la compañía cliente. Si se termina el contrato con mi compañía cliente, mi empleo con WBS terminará en la fecha que termina el contrato y las responsabilidades de WBS como Co-empleador también terminarán al mismo tiempo. WBS asume plena responsabilidad por el recaudo y pago de impuestos de nómina y por el recaudo de impuestos de nómina a empleados arrendados.)*

CDC
MAY 1 5 2020

EX_64_066

**Drug Testing Authorization**

I agree to comply with any drug/alcohol testing policy, which Workforce Business Services has or may adopt. I specifically agree to post-accident drug/alcohol testing for any work injury regardless of whether I am able to give consent at that time. This authorization or a photocopy hereof is my authority and consent to post-accident drug/alcohol testing in all instances.

*(Prueba Antidrogas Estoy de acuerdo en cumplir con cualquier políticas de pruebas de drogas/alcohol cual Workforce Business Services (WBS-por sus siglas en Ingles) tenga o pueda adoptar. Yo específicamente estoy de acuerdo a pruebas de drogas/alcohol después de cada accidente de trabajo sin importar si puedo dar consentimiento en ese tiempo. Esta autorización o una fotocopia de esta autorización es mi autoridad y consentimiento para pruebas de drogas/alcohol en todos los casos.)*

**Workers' Compensation Medical Authorization Release**

I authorize any physician, medical practitioner, hospital, clinic or other health facility, or employer, to release any and all medical and non-medical information in its possession about me to Workforce Business Services' Workers' Compensation carrier or its legal representatives for purposes of a workers' compensation claim. (Medical information means all information in the possession of or derived from providers of health care regarding the medical history, mental or physical condition, or treatment of me.) I shall comply with the provisions of Florida Statute 440 concerning claims for workers' compensation benefits. If I provide false, misleading or incomplete information to obtain workers' compensation benefits, I may be denied such benefits. I may request and receive a copy of this authorization. A photocopy of this authorization shall be valid as the original.

*(Acuerdo de Autorización médica para compensación del trabajador Nadie está obligado a proveer ninguna información médica hasta que una oferta de empleo se ha hecho y se ha aceptado. Yo autorizo a cualquier doctor, médico practicante, hospital, clínica u otra entidad de salud o empleador, para liberar toda la información médica y no médica en su posesión acerca de mi al portador del seguro de compensación a los trabajadores de Servicios de Personal Empresariales (WBS-por sus siglas en Ingles) o a sus representantes legales para propósitos de una reclamación de compensación de trabajadores (Información médica significa toda la información en posesión de, o derivadas de los proveedores de atención de salud, relacionados con la historia médica, condición física o mental, o con mi tratamiento). Cumpliré con las provisiones del Estatuto 440 de la Florida concernientes a reclamaciones para beneficios de compensación. Si proporciono información falsa, engañosa o incompleta para obtener beneficios de compensación de trabajadores, tales beneficios me pueden ser negados. Puedo solicitar y recibir una copia de esta autorización. Una fotocopia de esta autorización será válida como la original.)*

I agree to promptly and without delay report all accident, injuries, potential safety hazards, safety suggestions and health related issues to my manager.

If I am a new hire, I acknowledge I am hereby notified within 7 days of my employment with Workforce Business Services that I am being employed on an established 90 day probationary period

*(Informe inmediatamente a su gerente todo accidente, lesion, peligros potenciales, sugerencias sobre seguridad y asuntos relacionados con la salud.)*

I certify that I have read, understand, and agree to the conditions and requirements contained in this document, including my authorization for drug testing and for release of my medical and non-medical information.

*(Yo certifico que he leído, entiendo, y estoy de acuerdo con las atorizaciones, reconocimientos, condiciones y requisitos contenidos en la sección.)*

Employee Signature (Firma del empleado)X _Alex Gaspar_       Date (Fecha): 5/1/20

Employee Name (Nombre del empleado): _Alex Gaspar_

Date of Birth (Fecha de nacimiento): 12/13/1995

Address (Dirección): 5244 S Galaxy Dr Ft Myers, FL

City, State, Zip (Ciudad, Estado, Zip):

Telephone Number (Número telefónico): N/A       Social Security No (No. Seguridad Social): 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

EX_64_067

## Voluntary EEO Identification (Identificación del EEO voluntario)

Various agencies of the United States Government require employers to maintain information on applicants pertaining to factors such as race, sex and type of position for which an applicant applies. The information requested here is for compliance with certain record keeping requirements.

Varias entidades del gobierno de Estados Unidos exigen a los empleadores que mantengan información sobre los solicitantes en relación con factores como raza, sexo y tipo de cargo para el cual se presenta el candidato. La información que aquí se solicita es para cumplir con ciertos requisitos de registro

☐ White (Not of Hispanic or Latino origin) - Origins of Europe, North Africa, or the Middle East. Blanco (No de origen Hispánico ni Latino) – Originario de Europa, África del Norte o del Medio Oriente

☐ Black or African American (Not of Hispanic or Latino origin) - Origins in any of the Black racial groups of Africa  Negro o Afro-Americano (No de origen Hispánico ni Latino) – Orígenes en cualquiera de los grupos raciales negros de África

☐ Hispanic or Latino - Mexican, Puerto Rican, Cuban, Central or South American, or other Spanish culture or origin, regardless of race. Hispano o Latino – Mexicano, Puertorriqueño, Cubano, Centro o Suramericano o de otra cultura u origen proveniente de España, independientemente de la raza

☐ Asian (Not of Hispanic or Latino origin) - Origins of the Far East, Southeast Asia, the Indian Subcontinent  Asiático (no de origen Hispánico ni Latino) – Originario del Lejano Oriente, Sudeste Asiático, o Subcontinente Indio

☐ Native Hawaiian or other Pacific Islander - Origins of Hawaii, Guam, Samoa, or other Pacific Islands.  Nativo Hawaiiano o de otra Isla del Pacífico – originario de Hawaii, Guam, Samoa u otras Islas del Pacífico

☐ American Indian/Alaska Native - Origins of North or South America (including Central America), who maintain tribal affiliation and community recognition  Indígena Americano / Nativo de Alaska - Originario de América del Norte o del Sur (Incluyendo América Central) que mantiene su afiliación tribal y reconocimiento de la comunidad.

☐ Two or more races (Not of Hispanic or Latino origin) - All persons who identify with more than one of the listed races  Dos o más razas (No de origen Hispano ni Latino) – Todas las personas que se identifiquen con más de una de las razas mencionadas

☐ If the employee elected not to complete the information, the employer has completed it through visual identification as required by law. Si el empleado decidió no suministrar esta información, el empleador lo suministra mediante identificación visual, de conformidad con lo dispuesto en la ley.

### Completed by Client  (Para ser diligenciado por el cliente)

**New Hires (Nuevas Contrataciones)**

You must fax, call or email the following information to WBS on or before the new hire starts work: name, WC Code, Social Security Number, Pay Rate and Date of Birth. Workforce Business Services can not pay any employee without receiving this information on or before the employee begins work.  Nor will this employee be covered with workers' compensation coverage until this information has been submitted to us. To report a new hire after hours, please fax or call our offices and leave a detailed message.

WBS tiene que recibir esta informe de Vinculación En la fecha de contratación o antes. Usted puede informar esta nueva contratación a WBS por fax o por teléfono y recibirá un número de identificación de confirmación. Workforce Servicesno podrá efectuar pagos a empleados sin el número de identificación del empleado. El empleado tampoco quedará cubierto por la compensación de trabajadores hasta que esta información nos haya sido presentada. Para informar sobre alguna contratación fuera de las horas laborales, por favor envíe un fax o llame a nuestras oficinas y deje un mensaje detallado.

**THE EMPLOYEE ENROLLMENT FORM MUST BE RETURNED TO WBS WITHIN THREE DAYS OF THE DATE OF HIRE.**

EL INFORME DE VINCULACIÓN DE EMPLEADOS MEDIANTE ARRENDAMIENTO DEBE SER ENVIADO A WBS DENTRO DE LOS TRES DÍAS SIGUIENTES A LA FECHA DE CONTRATACIÓN.

Employee Name (Nombre del empleado) _Alex Graspar_

Client Company Name (Nombre de la Compañía- Cliente): _Target Roofing_

Department (if applicable) (Departamento) (si es el caso) _____   Job Code (if applicable) (Código de trabajo) (si es el caso) _____

Rate of Pay (Tasa de pago) $ _10_   ☐ Hourly (Por hora)   ☐ Salary (Salario)   ☐ Exempt (Exento)   ☐ Non-Exempt (No Exento)

☐ Full Time (Tiempo completo)   ☑ Part Time (Medio Tiempo)   Work Comp. Code (Código Compensación Trabajadores) _____

From the EEO job classifications listed, which one best describes the employee's position?
¿De las clasificaciones de trabajos mencionadas, cuál es la que describe mejor el cargo del empleado?

☐ 1.1 - Executive/Senior Level Officers and Managers (Ejecutivo/Funcionarios y gerentes de nivel superior)

☐ 1.2 - First / Mid Level Officers and Managers (Funcionarios y gerentes de primer nivel/nivel medio)

☐ 2 - Professionals (Profesionales)

☐ 3 - Technichians (Técnicos)

☐ 4 - Sales (Vendedores)

☑ 5 - Office and Clerical (Oficina y administrativo)

☐ 6 - Craft Workers (skilled) (Artesanos (capacitados))

☐ 7 - Operative (semi-skilled) (Operarios (capacitación media))

☐ 8 - Laborers (unskilled) (Obreros (no capacitados) )

☐ 9 - Service Workers (Trabajadores de servicios)

Job Description (Descripción del trabajo) _____

Original Date of Hire (Fecha de contratación original) _____

3 of 5

EX_64_068

| Form **W-4** | **Employee's Withholding Certificate** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.<br>▶ Give Form W-4 to your employer.<br>▶ Your withholding is subject to review by the IRS. | **2020** |

**Step 1:**
**Enter**
**Personal**
**Information**

(a) First name and middle initial **Alex**    Last name **Gaspar**

Address **5284 Galaxy Dr #202**

City or town, state, and ZIP code **Fort Myers**

(b) Social security number **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**

▶ **Does your name match the name on your social security card?** If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov.

(c) ☐ Single or Married filing separately
☐ Married filing jointly (or Qualifying widow(er))
☒ Head of household (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the online estimator, and privacy.

**Step 2:**
**Multiple Jobs**
**or Spouse**
**Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do only one of the following.

(a) Use the estimator at www.irs.gov/W4App for most accurate withholding for this step (and Steps 3–4); or

(b) Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; or

(c) If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . . . . ▶ ☐

**TIP:** To be accurate, submit a 2020 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3:**
**Claim**
**Dependents**

If your income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 ▶ $ **6⊘**

Multiply the number of other dependents by $500 . . . . ▶ $ **|**

Add the amounts above and enter the total here . . . . . **3** $ **12,500**

**Step 4**
**(optional):**
**Other**
**Adjustments**

(a) Other income (not from jobs). If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . . **4(a)** $

(b) Deductions. If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . **4(b)** $

(c) Extra withholding. Enter any additional tax you want withheld each pay period . **4(c)** $

**Step 5:**
**Sign**
**Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

▶ *Alex Gaspar*
**Employee's signature (This form is not valid unless you sign it.)**

▶ **5/11/20**
**Date**

**Employers**
**Only**

Employer's name and address

First date of employment

Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 3.    Cat. No. 10220Q    Form **W-4** (2020)

EX_64_069